DOUGLAS B. ALLEN # 99239
BURNETT, BURNETT & ALLEN
333 West San Carlos Street, 8th Floor
San Jose, CA  95110
Telephone:  (408) 298-6540
Facsimile:   (408) 298-0914

On behalf of Defendant Douglas B. Allen dba
Burnett, Burnett & Allen

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 PVT<br><br>**DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN NOTICE OF REMOVAL OF PENDING STATE COURT ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1338, 1441, 1446**<br><br>[28 U.S.C. §§ 1331, 1338, 1441, 1446 – Federal Question]<br><br>Santa Clara County Superior Court<br>Case No. 107CV-094074 |

DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN
NOTICE OF REMOVAL OF PENDING STATE COURT ACTION
PURSUANT TO 28 U.S.C. §§ 1331, 1338, 1441, 1446
CASE NO. UNASSIGNED

404631.01

**TO THE CLERK OF THE COURT**:

PLEASE TAKE NOTICE THAT PURSUANT TO 28 U.S.C. §§ 1331, 1338, 1441, 1446, Defendant Douglas B. Allen ("Allen") dba Burnett, Burnett & Allen (Burnett, Burnett and Allen was erroneously named in the underlying action as a separate entity, but it exists only as a fictitious name under which defendant Douglas B. Allen does business), by the undersigned attorney, hereby removes to this Court the state court action described herein.  Removal of this action is proper for the following reasons:

1. On September 12, 2007, Plaintiffs Richard W. Berger and Brant W. Berger commenced the above-entitled action against Defendants Allen, Seyfarth Shaw LLP, Jack L. Slobodin, and DOES 1-100 in the Superior Court of California, County of Santa Clara. The case is entitled *Richard W. Berger and Brant W. Berger v. Seyfarth Shaw LLP, Jack L. Slobodin, Burnett, Burnett & Allen, Douglas B. Allen, and DOES 1-100*, Case No. 107CV-094074.

2. The Complaint contains five causes of action: (i) Professional Negligence; (ii) Breach of Contract; (iii) Fraud; (iv) Negligent Misrepresentation; and (v) Breach of Fiduciary Duty.  A true and correct copy of the Complaint filed in the Santa Clara Superior Court is attached hereto as Exhibit A.

3. On September 17, 2007, removing party Allen was served with the Complaint in the County of Santa Clara, State of California. A true and correct copy of the Summons served on Defendant Allen is attached hereto as Exhibit B. Pursuant to 28 U.S.C. 1446, this Notice of Removal is timely, having been filed within thirty days after such service.

4. This Court has exclusive jurisdiction under  28 U.S.C. § 1331 since Plaintiffs' Complaint alleges claims arising under the laws of the United States, *i.e.*, 28 U.S.C. § 1338. Every claim asserted in the Complaint depends on the allegation that Defendants breached their duties as attorneys in a prior patent infringement case for which they were the attorneys of record.  Section 1338 confers jurisdiction exclusively on the federal courts where patent infringement, claim scope determination, or other substantial questions of patent law are necessary elements of a state law claim, including a legal malpractice claim stemming from prior

1

DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN
NOTICE OF REMOVAL OF PENDING STATE COURT ACTION
PURSUANT TO 28 U.S.C. §§ 1331, 1338, 1441, 1446
CASE NO.  UNASSIGNED

404631.01

1  litigation. *See Air Measurement Technologies, Inc. v. Akin, Gump, Strauss, Hauer & Feld,*
2  *L.L.P.*, No. 2007-1035, 2007 WL 2983660 (Fed. Cir. Oct. 15, 2007); *Immunocept LLC, et al. v.*
3  *Fulbright & Jaworski, LLP.*, No. 2006-1432, 2007 U.S. App. LEXIS 24095 (Fed. Cir. October
4  15, 2007). Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441.

5      5. Copies of all process, pleadings, and orders served on removing parties Allen and
6  Burnett in the above-entitled state court action are attached hereto as Exhibit C.

7      6. All other defendants who have been served with the Complaint have joined in this
8  Notice of Removal, as evidenced by the Joinders of Defendants Seyfarth Shaw LLP and Jack L.
9  Slobodin, filed concurrently herewith.

10     WHEREFORE, removing parties Allen and Burnett pray that the above-entitled action be
11 removed from the Santa Clara County Superior Court to this Court.

13 Dated: October 17, 2007                                    BURNETT, BURNETT & ALLEN

16                                    By: /s/_____
                                          DOUGLAS B. ALLEN

DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN
NOTICE OF REMOVAL OF PENDING STATE COURT ACTION
PURSUANT TO 28 U.S.C. §§ 1331, 1338, 1441, 1446
CASE NO. UNASSIGNED

404631.01