KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants SEYFARTH SHAW LLP
and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. C07 05279 PVT<br><br>**DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S JOINDER IN NOTICE OF REMOVAL OF ACTION**<br><br>[28 U.S.C. §§ 1331, 1338, 1441, 1446 – Federal Question]<br><br>Santa Clara County Superior Court Case No. 107CV-094074 |

1  Defendants Seyfarth Shaw LLP and Jack L. Slobodin hereby join in Douglas B. Allen
2  and Burnett, Burnett & Allen's Notice of Removal to the United State District Court for the
3  Northern District of California of the case entitled *Richard. W. Berger and Brant W. Berger v.*
4  *Seyfarth Shaw LLP, Jack L. Slobodin, Burnett, Burnett & Allen, Douglas B. Allen, and DOES 1-*
5  *100*, Case No. 107CV-094074, which is currently pending in the Superior Court of California,
6  County of Santa Clara.

7  Dated: October 17, 2007                                KEKER & VAN NEST LLP

By: _____
KLAUS HAMM
Attorneys for Defendants SEYFARTH
SHAW LLP AND JACK B. SLOBODIN

---

1
DEFENDANTS' SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
JOINDER IN NOTICE OF REMOVAL OF ACTION
Case No. Unassigned

404654.01