DOUGLAS B. ALLEN # 99239
BURNETT, BURNETT & ALLEN
333 West San Carlos Street, 8th Floor
San Jose, CA 95110
Telephone: (408) 298-6540
Facsimile: (408) 298-0914

On behalf of Defendant
DOUGLAS B. ALLEN dba
BURNETT, BURNETT & ALLEN

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 PVT<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT AND THE DISTRICT COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

1     I, Douglas B. Allen, attorney for Defendant Douglas B. Allen dba Burnett, Burnett & Allen, certify that on October 17, 2007, a true and correct copy of the Notice of Removal of Pending State Court Action Pursuant to 28 U.S.C. §§ 1331, 1338, 1441, 1446; Notice of Filing of Notice of Removal of Action to Federal Court; and the District Court's Order Setting Initial Case Management Conference and ADR Deadlines were served by U.S. Mail to:

| Justin T. Beck, Esq. | Elliott R. Peters, Esq. |
| Ron Finley, Esq. | Daniel Purcell, Esq. |
| BECK, ROSS, BISMONTE & FINLEY, LLP | Klaus Hamm, Esq. |
| 50 W. San Fernando St., Suite 1300 | KEKER & VAN NEST, LLP |
| San Jose, CA 95113 | 710 Sansome Street |
| *Attorneys for Plaintiffs Richard W. Berger and Brant W. Berger* | San Francisco, CA 94111 |
| | *Attorneys for Defendants Seyfarth Shaw LLP and Jack L. Slobodin* |

Dated: October 17, 2007

                                                By:/s/_____
                                                    DOUGLAS B. ALLEN