Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
          rfinley@beckross.com
          abismonte@beckross.com
          chansen@beckross.com
          jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants. | **Case No. C07-05279 PVT**<br><br>**PLAINTIFFS' REQUEST FOR A TRIAL BY JURY** |

## **DEMAND FOR TRIAL BY JURY**

Subject to and without waiver of any objections to the removal of the action from California state court, including any objection as to subject matter jurisdiction, Plaintiffs request a jury trial for all issues which are so triable.

Dated: October 23, 2007                         Beck, Ross, Bismonte & Finley, LLP


By: _____/s/_____
    Alfredo A. Bismonte
    Attorneys for the Plaintiffs
    Richard W. Berger and Brant W. Berger

Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
50 W. San Fernando St., 1300
San Jose, California 95113
Telephone (408) 938-7900

Request for Jury Trial
Case No. C07-05279 PVT                    2