1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:   (415) 397-7188
5
   Attorneys for Defendants
6  SEYFARTH SHAW LLP and
   JACK L. SLOBODIN
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
13 RICHARD W. BERGER and BRANT W.        Case No. C07-05279 MMC
   BERGER,
14                    Plaintiffs,

15      v.                               **[PROPOSED] ORDER GRANTING
                                         DEFENDANTS SEYFARTH SHAW LLP
16 SEYFARTH SHAW LLP, an Illinois limited AND JACK L. SLOBODIN'S MOTION
   liability partnership; JACK L. SLOBODIN, an TO DISMISS PLAINTIFFS' COMPLAINT**
17 individual; BURNETT, BURNETT &
   ALLEN, a California partnership; DOUGLAS
18 B. ALLEN, an individual; and DOES 1-100,
   inclusive,
19
                      Defendants.
20

21
22
23
24
25
26
27
28

405105.01

1    Defendants Seyfarth Shaw LLP and Jack L. Slobodin's Motion to Dismiss Plaintiffs'
2 Complaint pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) came on for hearing
3 before this Court on November 30, 2007.  Upon consideration of the papers filed in support of
4 and in opposition to the Motion to Dismiss, and the arguments of counsel in connection
5 therewith, as well as the relevant papers and pleadings in this action, and good cause appearing
6 therefor,

7    **IT IS HEREBY ORDERED** that:

8    The Motion to Dismiss is GRANTED pursuant to Rules 9(b) and 12(b)(6) of the Federal
9 Rules of Civil Procedure.  Plaintiffs' complaint fails to state any cause of action upon which the
10 Court can grant relief.  *See Conley v. Gibson*, 355 U.S. 41 (1957); Fed. R. Civ. Pro. 12(b)(6). The
11 complaint's third cause of action for fraud and its fourth cause of action for negligent
12 misrepresentation are also dismissed on the ground that those causes of action have not been
13 pleaded with the requisite particularity.  *See Vess v. Ciba-Geigy Corp. USA*, 317 F.3d 1097 (9th
14 Cir. 2003); Fed. R. Civ. Pro. 9(b).  Accordingly, plaintiffs' complaint is dismissed with/without
15 leave to amend.

16    **IT IS SO ORDERED.**

18 Dated:_____          _____
19                       HONORABLE MAXINE M. CHESNEY
                        UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT
CASE NO. C07-05279 MMC

405105.01