KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S MOTION TO STRIKE** |

1  Defendants Seyfarth Shaw LLP and Jack L. Slobodin's Motion to Strike came on for
2 hearing before this Court on November 30, 2007.  Upon consideration of the papers filed in
3 support of and in opposition to the Motion to Strike, and the arguments of counsel in connection
4 therewith, as well as the relevant papers and pleadings in this action, and good cause appearing
5 therefore,

**IT IS HEREBY ORDERED** that:

The Motion to Strike is GRANTED pursuant to Federal Rule of Civil Procedure 12(f). Plaintiffs' prayer for "an award of punitive damages according to proof as to the third and fifth causes of action" shall be stricken from the complaint because the damages sought are not recoverable as a matter of law.  *See Gay-Straight Alliance Network v. Visalia Unified Sch. Dist.*, 262 F. Supp. 2d 1088, 1110 (E.D. Cal. 2001).

**IT IS SO ORDERED.**

Dated:_____          _____
                                     HON. MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
MOTION TO STRIKE PORTIONS OF COMPLAINT
CASE NO. C07-05279 MMC

405103.01