DOUGLAS B. ALLEN, SBN 99239
BURNETT, BURNETT, & ALLEN
333 WEST SAN CARLOS ST.
EIGHTH FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 298-6540

Attorneys for DOUGLAS B. ALLEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br><br>Defendants. | Case No. C07-05279 MMC<br><br>RE-NOTICE OF HEARING ON DEFENDANT DOUGLAS B. ALLEN DBA BURNETT, BURNETT & ALLEN'S MOTION TO DISMISS PURSUANT TO RULE 12<br><br>Date: November 30, 2007<br>Time: 9 a.m.<br>Place: Courtroom 7, 19th Floor<br>Before: The Honorable Maxine M. Chesney |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to the reassignment of the above matter defendant Douglas B. Allen dba Burnett, Burnett & Allen's motion to dismiss pursuant to Rule 12 (b)(6) will be heard before the Honorable Maxine M. Chesney. The hearing upon said motion is set for November 30, 2007 at 9:00 a.m. at the United States District Court, San Francisco Division, 450 Golden Gate Avenue, Courtroom 7, 19th Floor, San Francisco, California.

DATED: October 25, 2007             RESPECTFULLY SUBMITTED,


                                    /S/ DOUGLAS B. ALLEN

                                    _____
                                    DOUGLAS B. ALLEN
                                    Attorney for Defendant

BURNETT, BURNETT & ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

Re-Notice of Hearing on Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Pursuant to Rule 12      1