Douglas B. Allen, SBN 99239
Burnett, Burnett, & Allen
333 West San Carlos St.
Eighth Floor
San Jose, California 95110
(408) 298-6540

Attorneys for DOUGLAS B. ALLEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br><br>Defendants.<br>_____/ | Case No. C07-05279 MMC<br><br>DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN'S REQUEST FOR A TRIAL BY JURY<br><br>Place: Courtroom 7, 19th Floor<br>Before: The Honorable Maxine M. Chesney |

DEMAND FOR TRIAL BY JURY

Douglas B. Allen dba Burnett, Burnett & Allen respectfully requests a jury trial for all issues which are so triable.

DATED: October 25, 2007    RESPECTFULLY SUBMITTED,


/s/ DOUGLAS B. ALLEN

_____
DOUGLAS B. ALLEN
Attorney for Defendant