```
1   KEKER & VAN NEST, LLP
    ELLIOT R. PETERS - #158708
2   DANIEL PURCELL - #191424
    KLAUS HAMM - #224905
3   710 Sansome Street
    San Francisco, CA 94111-1704
4   Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
5
    Attorneys for Defendants
6   SEYFARTH SHAW LLP, and
    JACK L. SLOBODIN
7
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, <br><br> Plaintiffs, <br><br> v. <br><br> SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. C07-05279 MMC <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Judge: Hon. Maxine M. Chesney <br><br> Date Comp. Filed: September 12, 2007 <br><br> Trial Date: None set. |

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On October 26, 2007, I served the following document(s):

**APPLICATION FOR ADMISSION OF TRAVIS LEBLANC *PRO HAC VICE*; and**

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF TRAVIS LEBLANC *PRO HAC VICE***

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| Attorneys for Plaintiffs RICHARD W. BERGER and BRANT W. BERGER | Appearing *In Pro Per* |
|---|---|
| Justin T. Beck, Esq.<br>Ron C. Finley, Esq.<br>Alfredo A. Bismonte, Esq.<br>Craig Alan Hansen, Esq.<br>Jeremy M. Duggan, Esq.<br>Beck, Ross, Bismonte & Finley, LLP<br>50 W. San Fernando Street, Suite 1300<br>San Jose, CA 95113<br>Tel.: (408) 938-7900<br>Fax: (408) 938-0790<br>Email: jbeck@beckross.com<br>Email: rfinley@beckross.com<br>Email: abismonte@beckross.com<br>Email: chansen@beckross.com<br>Email: jduggan@beckross.com | Douglas B. Allen<br>Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor<br>San Jose, CA 95110<br>Tel.: (408) 298-6540<br>Fax.: (408) 298-0914<br>burnettburnettallen@yahoo.com |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 26, 2007, at San Francisco, California.

*Lauren Hartz-Lewis*
Lauren Hartz-Lewis

405326.01

CERTIFICATE OF SERVICE
CASE NO. C07-05279 MMC