**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER,                                            No. C 07-5279 MMC

        Plaintiff,                                  **ORDER OF RECUSAL**

  v.

SEYFARTH, SHAW, LLP, et al.,

        Defendants.
_____/

      I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

      All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: October 29, 2007                          _____
                                                 MAXINE M. CHESNEY
                                                 United States District Judge