Douglas B. Allen, SBN 99239
Burnett, Burnett, & Allen
333 West San Carlos St.
Eighth Floor
San Jose, California 95110
(408) 298-6540

Attorneys for DOUGLAS B. ALLEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br>　　　　Defendants. | Case No. C07-05279 WHA<br><br>RE-NOTICE OF HEARING ON DEFENDANT DOUGLAS B. ALLEN DBA BURNETT, BURNETT & ALLEN'S MOTION TO DISMISS PURSUANT TO RULE 12<br><br>Date: December 6, 2007<br>Time: 8 a.m.<br>Place: Courtroom 9, 19th Floor<br>Before: The Honorable William Alsup |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to the reassignment of the above matter defendant Douglas B. Allen dba Burnett, Burnett & Allen's motion to dismiss pursuant to Rule 12 (b)(6) will be heard before the Honorable William Alsup. The hearing upon said motion is set for December 6, 2007 at 8:00 a.m. at the United States District Court, San Francisco Division, 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, California.

DATED: October 30, 2007　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　　　/s/ DOUGLAS B. ALLEN

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DOUGLAS B. ALLEN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Burnett, Burnett & Allen
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

Re-Notice of Hearing on Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Pursuant to Rule 12　　　1