IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER, et al., | No. C 07-05279 WHA |
|     Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING MOTION AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| SEYFARTH SHAW, LLP, et al., | |
|     Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled Defendant Seyfarth Shaw, LLP and Jack L. Slobodin's Motion to Dismiss and Motion to Strike for **December 6, 2007 at 8:00 a.m.** and an Initial Case Management Conference has been scheduled for **January 17, 2008 at 11:00 a.m.**  Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on October 17, 2007 remain in effect.

    Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

    Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: October 31, 2007                      FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By:_____
                                                       Dawn K. Toland
                                                       Courtroom Deputy to the
                                                       Honorable William Alsup