**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk                 415.522.2000

**October 31, 2007**

CASE NUMBER:  CV 07-05279 WHA
CASE TITLE:  BERGER ET AL-v-SEYFARTH SHAW, LLP ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/31/07

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 10/31/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA