1  Douglas B. Allen, SBN 99239
   Burnett, Burnett, & Allen
2  333 West San Carlos St.
   Eighth Floor
3  San Jose, California 95110
   (408) 298-6540
4
   Attorneys for DOUGLAS B. ALLEN
5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br><br>Defendants. | Case No. C07-05279 JSW<br><br>Re-Notice of Hearing on Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Pursuant to Rule 12<br><br>Date: December 7, 2007<br>Time: 9 a.m.<br>Place: Courtroom 2, 17th Floor<br>Before: The Honorable Jeffrey S. White |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to the reassignment of the above matter defendant Douglas B. Allen dba Burnett, Burnett & Allen's motion to dismiss pursuant to Rule 12 (b)(6) will be heard before the Honorable Jeffrey S. White. The hearing upon said motion is set for December 7, 2007 at 9:00 a.m. at the United States District Court, San Francisco Division, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California.

Dated: November 1, 2007             Respectfully submitted,


                                    /s/ Douglas B. Allen

                                    _____
                                    Douglas B. Allen
                                    Attorney for Defendant

Burnett, Burnett & Allen
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

Re-Notice of Hearing on Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Pursuant to Rule 12        1