1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   (408) 298-6540
4
   Attorneys for DOUGLAS B. ALLEN
5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER, | Case No. C07-05279 JSW |
| Plaintiff, | AMENDED RE-NOTICE OF HEARING ON DEFENDANT DOUGLAS B. ALLEN DBA BURNETT, BURNETT & ALLEN'S MOTION TO DISMISS PURSUANT TO RULE 12 |
| vs. | |
| SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive; | Date: January 11, 2008<br>Time: 9 a.m.<br>Place: Courtroom 2, 17th Floor<br>Before: The Honorable Jeffrey S. White |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to the reassignment of the above matter defendant Douglas B. Allen dba Burnett, Burnett & Allen's motion to dismiss pursuant to Rule 12 (b)(6) will be heard before the Honorable Jeffrey S. White. The hearing upon said motion is set for January 11, 2008 at 9:00 a.m. at the United States District Court, San Francisco Division, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California.

DATED: November 1, 2007        RESPECTFULLY SUBMITTED,

/S/ DOUGLAS B. ALLEN

_____
DOUGLAS B. ALLEN
Attorney for Defendant

BURNETT, BURNETT & ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

AMENDED Re-Notice of Hearing on Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Pursuant to Rule 12    1