| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
|   | KLAUS HAMM - #224905 |
| 3 | 710 Sansome Street |
|   | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
|   | Facsimile:   (415) 397-7188 |
| 5 |   |
|   | Attorneys for Defendants |
| 6 | SEYFARTH SHAW LLP and |
|   | JACK L. SLOBODIN |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279 JSW |
| Plaintiffs, | **RE-NOTICE OF HEARING ON DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO RULE 12** |
| v. | |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | Date:     January 11, 2008<br>Time:     9:00 a.m.<br>Place:    Courtroom 2, 17th Floor<br>Judge:    Hon. Jeffrey S. White |
| Defendants. | Date Comp. Filed:     September 12, 2007<br><br>Trial Date: None set. |

---

405571.01

RE-NOTICE OF HEARING ON DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO RULE 12
CASE NO. C07-05279 JSW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that due to the reassignment of the above matter Defendants Seyfarth Shaw LLP and Jack L. Slobodin's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and motion to strike pursuant to Fed. R. Civ. P. 12(f) will be heard before the Honorable Jeffrey S. White.  The hearing upon said motions is set for January 11, 2008 at 9:00 a.m. at the United States District Court, San Francisco Division, 450 Golden Gate Avenue, Courtroom 2, 17th Floor, San Francisco, California.

Dated:  November 1, 2007                             KEKER & VAN NEST, LLP


                                                    By: /s/ Daniel E. Purcell
                                                        DANIEL E. PURCELL
                                                        Attorneys for Defendants
                                                        SEYFARTH SHAW LLP and
                                                        JACK L. SLOBODIN

---

405571.01

RE-NOTICE OF HEARING ON DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO RULE 12
CASE NO. C07-05279 JSW