IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

    Plaintiffs,

  v.

SEYFARTH SHAW, LLP ET AL,

    Defendants.

No. C 07-05279 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on January 11, 2008 on Defendants' motions to dismiss and to strike. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than November 19, 2007 and any reply briefs shall be filed by no later than November 26, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 1, 2007

                                           JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE