1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   (408) 298-6540
4
   Attorneys for DOUGLAS B. ALLEN
5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>                Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br>                Defendants.<br>_____/ | Case No. C07-05279 JSW<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER SETTING BRIEFING SCHEDULE** |

BURNETT, BURNETT & ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER SETTING BRIEFING SCHEDULE    1

I, Douglas B. Allen, attorney for Defendant Douglas B. Allen dba Burnett, Burnett & Allen, certify that on November 2, 2007, a true and correct copy of the **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER SETTING BRIEFING SCHEDULE** were served by U.S. Mail to:

Justin T. Beck, Esq.
Ron Finley, Esq.
BECK, ROSS, BISMONTE & FINLEY, LLP
50 W. San Fernando St., Suite 1300
San Jose, CA 95113
*Attorneys for Plaintiffs Richard W. Berger and Brant W. Berger*

Elliott R. Peters, Esq.
Daniel Purcell, Esq.
Klaus Hamm, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
*Attorneys for Defendants Seyfarth Shaw LLP and Jack L. Slobodin*

DATED: November 2, 2007

RESPECTFULLY SUBMITTED,

/S/ DOUGLAS B. ALLEN

_____
DOUGLAS B. ALLEN
Attorney for Defendant

BURNETT, BURNETT & ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

CERTIFICATE OF SERVICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER SETTING BRIEFING SCHEDULE

2