1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:   (415) 397-7188
5
   Attorneys for Defendants
6  SEYFARTH SHAW LLP and
   JACK L. SLOBODIN
7

8
               IN THE UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12
   RICHARD W. BERGER and BRANT W.        Case No. C07-05279 MMC
13 BERGER,
                                         [PROPOSED] ORDER GRANTING
14                     Plaintiffs,       APPLICATION FOR ADMISSION OF
                                         TRAVIS LEBLANC *PRO HAC VICE*
15       v.
                                         Date Comp. Filed:    September 12, 2007
16 SEYFARTH SHAW LLP, an Illinois limited
   liability partnership; JACK L. SLOBODIN, an   Trial Date:  None set.
17 individual; BURNETT, BURNETT &
   ALLEN, a California partnership; DOUGLAS
18 B. ALLEN, an individual; and DOES 1-100,
   inclusive,
19
                       Defendants.
20

21

22

23

24

25

26

27

28

1        TRAVIS LEBLANC, an active member in good standing of the bar of the United States

2   Court of Appeals for the Ninth Circuit, whose business address and telephone number is Keker

3   & Van Nest, LLP, 710 Sansome Street, San Francisco, CA 94111, (415) 391-5400, having

4   applied in the above-entitled action for admission to practice in the Northern District of

5   California on a *pro hac vice* basis, representing Defendants Seyfarth Shaw LLP and Jack L.

6   Slobodin.

7        IT IS ORDERED THAT the application is granted, subject to the terms and conditions of

8   Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service

9   of papers upon and communication with co-counsel designated in the application will constitute

10  notice to the party. All future filings in this action are subject to the requirements contained in

11  General Order No. 45, *Electronic Case Filing*.

12

13  Dated: _____NOV 0 7 2007_____     _Jeffrey S. White_____

14                                       HON. MAXINE M. CHESNEY
                                         United States District Court Judge

15                                       **Jeffrey S. White**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF TRAVIS LEBLANC *PRO HAC VICE*
CASE NO. C07-05279 MMC