KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND STRIKE**<br><br>Date:     January 11, 2008<br>Time:    9:00 a.m.<br>Place:   Courtroom 2, 17th Floor<br>Judge:  Hon. Jeffrey S. White<br><br>Date Comp. Filed:   September 12, 2007<br><br>Trial Date: None set. |

WHEREAS, pending before the Court are Defendants Seyfarth Shaw LLP and Jack Slobodin's (collectively "Seyfarth") motions to dismiss and strike and Defendant Douglas B. Allen d/b/a Burnett, Burnett & Allen's motion to dismiss; and

WHEREAS, the Court's Order Setting Briefing Schedule, dated November 1, 2007, sets the filing deadline for oppositions to November 19, 2007 and it sets the deadline for filing replies to November 26, 2007; and

WHEREAS, that November 1, 2007 Order also permits the parties to submit a proposed stipulation to the Court to change these filing dates for good cause; and

WHEREAS, the Thanksgiving holiday falls during the time that defendants have for filing any replies; and

WHEREAS, counsel for the plaintiffs will be out of the country until November 18, 2007; and

WHEREAS, counsel for the plaintiffs and defendants have now met and conferred and agreed upon the following briefing deadlines regarding defendants' motions to dismiss and strike;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:

1. Oppositions to the motions to dismiss and strike shall be filed no later than November 20, 2007; and

2. Replies to the motions to dismiss and strike shall be filed no later than November 29, 2007.

**IT IS SO STIPULATED.**

//

//

//

1

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS AND STRIKE
CASE NO. C07-5279 JSW

405927.01

Dated: November 8, 2007

KEKER & VAN NEST, LLP

By: /s/ Klaus H. Hamm
KLAUS H. HAMM
Attorneys for Defendants
SEYFARTH SHAW LLP, and JACK L. SLOBODIN

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated: November 8, 2007

BURNETT, BURNETT & ALLEN

By: /s/ Douglas B. Allen
Attorneys for Defendants
DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN
*Concurrence obtained per General Order 45 X.B.*

Dated: November 8, 2007

BECK, ROSS, BISMONTE & FINLEY, LLP

By: /s/ Justin T. Beck
JUSTIN T. BECK
Attorneys for Plaintiffs
RICHARD W. BERGER and BRANT W. BERGER
*Concurrence obtained per General Order 45 X.B.*

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

The Honorable Jeffrey S. White
United States District Judge