Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants. | Case No. C 07-05279 JSW<br><br>**NOTICE OF PLAINTIFFS' CONDITIONAL CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST ALLEN RE STATUTE OF LIMITATIONS**<br><br>Date:   **January 11, 2008**<br>Time:   **9:00 a.m.**<br>Place:  **Courtroom 2, 17th Floor**<br>Judge:  **Hon. Jeffrey S. White** |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on January 11, 2008, at 9:00 a.m. in Courtroom 2, 17th Floor, of the San Francisco Division of the United States District Court for the Northern District of California, located at 450 Golden Gate Ave., San Francisco, California, Plaintiffs Richard Berger and Brant Berger will and hereby does conditionally cross-move for summary adjudication that

1  their claims against defendant Douglas B. Allen are not barred by the statute of limitations.

2      This motion is made on the basis that Allen has asserted factual matters outside the scope of the pleadings in his pending Motion to Dismiss under Federal Rule of Civil Procedure Rule 12(b)(6) including that (1) he "was neither attorney of record on the [Federal Circuit] appeal or is admitted to the Federal Circuit Court of Appeals"; and (2) that his March 9, 2005 retainer letter to the Bergers terminated his representation upon entry the April 25, 2006 judgment (collectively, the "Allen Matters").  If the Allen Matters are not excluded by the court, Allen's motion becomes a motion for summary judgment under FRCP 12(b) thereby triggering plaintiffs' right to cross-move for summary adjudication under FRCP 56.  If the Allen Matters are excluded, plaintiffs' cross-motion for summary adjudication shall be withdrawn.

    This cross-motion is made pursuant to Federal Rule of Civil Procedure Rules 12(b) and 56 and is based on the accompanying Memorandum of Points and Authorities, the Declaration of Richard Berger, the Court file, and such arguments as may be presented at the hearing.

Dated: November 20, 2007                        Beck, Ross, Bismonte & Finley, LLP

By: _____/s/_____
    Craig Alan Hansen
    Attorneys for the Plaintiffs
    Richard W. Berger and Brant W. Berger