Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants. | **Case No. C 07-05279 JSW**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY ADJUDICATION AGAINST DEFENDANT ALLEN RE STATUTE OF LIMITATIONS**<br><br>**Date:    January 11, 2008**<br>**Time:    9:00 a.m.**<br>**Place:   Courtroom 2, 17th Floor**<br>**Judge:   Hon. Jeffrey S. White** |

The cross-motion of plaintiffs Richard W. Berger and Brant W. Berger for summary adjudication against defendant Doug Allen came on regularly for hearing on January 11, 2008 at 9:00 a.m.

After duly considering the moving and opposition papers, the evidence presented by the parties, the arguments of counsel, and good cause appearing therefore, the court rules as follows:

1  The Court finding that there is no triable of material fact, plaintiffs' Cross-Motion for
2  Summary Adjudication is GRANTED.  The Court hereby rules as a matter of law that the
3  plaintiffs' claims against defendant Allen are not barred by the applicable statute of limitations.
4  This ruling is a final determination of this issue and not subject to future proceedings in this case.
5  It is so ordered.

Dated: _____          By_____
                                                     HON. JEFFREY S. WHITE
                                                     U.S. DISTRICT COURT JUDGE

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

Proposed Order Granting Plaintiffs' Cross-Motion for
Summary Adjudication                    2