# EXHIBIT C

EXHIBIT C

# BURNETT, BURNETT, & ALLEN

Trial Attorneys and Counselors at Law

DOUGLAS B. ALLEN

160 WEST SANTA CLARA, SUITE 1200
SAN JOSE, CALIFORNIA 95113

DAVID M. BURNETT (1870-1959)
JOHN M. BURNETT (1903-1981)
Hon. BRUCE F. ALLEN (1916-1986)

TELEPHONE
(408) 298-6540

FACSIMILE
(408) 298-0914

8 August 2005

Richard Berger and Brant Berger
1519 Country Club Drive
Paso Robles, CA 93446

Re:   Berger v. Rossignol

Gentlemen:

Enclosed is proposed correspondence to be submitted to Fred DeKlotz intended to resolve the current controversy. This controversy needs to be resolved or I will be unable to proceed with the case. The proposal is submitted to you for your review, comment and suggestions for additions or deletions. However, it is important that I move this along and get it resolved. Otherwise, everyone will be arguing over something that doesn't exist.

Yours truly,

*Dictated but not read; sent
without signature to avoid delay*

DOUGLAS B. ALLEN

DBA:erf