# EXHIBIT 5


EXHIBIT 5

## BURNETT, BURNETT, & ALLEN

Trial Attorneys and Counselors at Law

DOUGLAS B. ALLEN

DAVID M. BURNETT (1870-1959)
JOHN M. BURNETT (1903-1981)
Hon. BRUCE F. ALLEN (1916-1986)

160 WEST SANTA CLARA, SUITE 1200
SAN JOSE, CALIFORNIA 95113

TELEPHONE
(408) 298-6540

FACSIMILE
(408) 298-0914

21 September 2005

Richard Berger and Brant Berger                By Email
2881 Juniper Avenue
Morro Bay, Ca 93442

Fred W. DeKlotz                                Facsimile: 408-998-4703
Law Offices of DeKlotz & Guggenheim
99 Almaden Blvd. Suite 300
San Jose, CA 95113

John F. Branton, C.P.A.                        Facsimile: 408-997-9228
Branton, de Jong Associates
6155 Almaden Expressway, Suite 350
San Jose, CA 95120

    Re:   Berger v. Rossignol; District Court Case Number C05-02523 EMC; Meeting

Gentlemen:

    I would like to set up a meeting on October 5, 6, 11, or 13 to discuss the above case regarding financing of the case and distributions of the recovery. Please contact my secretary Elena to schedule one of the days for the meeting. Thank you for your anticipated cooperation.

                                                        Yours truly,

                                                 *Dictated but not read; sent*
                                                 *without signature to avoid delay*

                                                 DOUGLAS B. ALLEN

DBA:erf