# EXHIBIT 16 F


EXHIBIT 16 F

**BURNETT, BURNETT, & ALLEN**

Trial Attorneys and Counselors at Law

DOUGLAS B. ALLEN

160 WEST SANTA CLARA STREET
SUITE 1200
SAN JOSE, CALIFORNIA 95113

DAVID M. BURNETT
(1870-1959)

JOHN M. BURNETT
(1903-1981)

Hon. BRUCE F. ALLEN
(1916-1986)

TEL: (408) 298-6540

FAX: (408) 298-0914

4 November 2005

Richard Berger
2881 Juniper Avenue
Morro Bay, Ca 93442

    Re:    Responses to Discovery

Dear Mr. Berger:

    Enclosed are some written questions from the attorneys representing the opposing party. The opposing party has a legal right to have these questions answered within fifteen (15) days after they are received by this office.

    Therefore, please answer each question, in writing, and return your responses to me not later than seven (7) days from the date of this letter. If you delay, we run the risk of waiving otherwise valid objections we may have to some of the questions. You should answer the questions in your own language, in as detailed form as possible, by denoting the number of the question along side your answer. Make the answer as complete as you can. Before the answers are sent to the opposing attorneys, we will edit any unnecessary statements and then have you review the final product for accuracy. We will then request that you sign a verification, stating that the answers you provided are true and correct under penalty of perjury.

    Answer them to the best of your ability at this time. If any questions arise, we can discuss and resolve them at a later date. Please tend to this matter today.

                                          BURNETT, BURNETT, & ALLEN

                                          *Dictated but not read; sent*
                                          *without signature to avoid delay*

                                          Douglas B. Allen

Enclosure