# EXHIBIT I


EXHIBIT I

## BURNETT, BURNETT, & ALLEN

Trial Attorneys and Counselors at Law

DOUGLAS B. ALLEN

160 WEST SANTA CLARA, SUITE 1200
SAN JOSE, CALIFORNIA 95113

DAVID M. BURNETT (1870-1959)
JOHN M. BURNETT (1903-1981)
Hon. BRUCE F. ALLEN (1916-1986)

TELEPHONE
(408) 298-6540

FACSIMILE
(408) 298-0914

16 December 2005

Mr. Jack Slobodin, Esq.            Facsimile: 415-397-8549
Seyfarth Shaw
560 Mission Street, Suite 3100
San Francisco, CA 94105

    Re:    Berger v. Rossignol; District Court Case Number C05-02523 EMC; Claims Chart

Dear Mr. Slobodin:

    We need the "Claims Chart" in the above matter as soon as possible. I have left you a couple of voicemail messages in regards to this matter. We would greatly appreciate your immediate attention and cooperation in regards to this matter. If you have any questions, please feel free to contact us at the above.

    Yours truly,

*Dictated but not read; sent
without signature to avoid delay*

DOUGLAS B. ALLEN

DBA:erf

cc:    Reginald J. Suyat  (Facsimile:  510-663-0920)
cc:    clients