# EXHIBIT J

EXHIBIT J

# BURNETT, BURNETT, & ALLEN

Trial Attorneys and Counselors at Law

DOUGLAS B. ALLEN

160 WEST SANTA CLARA, SUITE 1200
SAN JOSE, CALIFORNIA 95113

DAVID M. BURNETT (1870-1959)
JOHN M. BURNETT (1903-1981)
Hon. BRUCE F. ALLEN (1916-1986)

TELEPHONE
(408) 298-6540

FACSIMILE
(408) 298-0914

5 June 2006

Mr. Jack Slobodin, Esq.                    Facsimile: 415-397-8549
Seyfarth Shaw
560 Mission Street, Suite 3100
San Francisco, CA 94105

Re: Berger v. Rossignol; District Court Case Number C05-02523 EMC; Rule 60(b) Motion

Dear Jack:

My recommendation regarding the question of the Court's jurisdiction is to immediately apply to the Court of Appeal *ex-parte* for an order allowing the Court to rule on the Rule 60(b) motion. The application should be granted as a matter of course. Any opposition that would be filed by Rossignol would be meritless since it would allow the trial court the opportunity to dispose of the matter without intervention by the Court of Appeal. In light of Judge Breyer's order staying the Rule 60(b) motion and requesting a response, it is apparent that he is interested in seeing such an application.

In addition in light of this delay, it is my recommendation that the full story of the Berger interface with Rossignol be told in the Rule 60(b) motion. Although, we have compelling arguments regarding the technical infringement by Rossignol, I believe that a major part of our loss of the case was due to the fact that we did not tell the story of Rossignol's misuse of their economic power to squeeze Berger out of the market place. So far we have a rather unsympathetic plaintiff, who appears to be someone attempting to capitalize upon a legitimate business's success. Painting the picture, as I tried to do in my version the Rule 60(b) motion of Rossignol's abuse of Berger, explains many things, including the delay in bringing the action and the original mistake in identifying the lower attachment in the preliminary claims.

Mr. Jack Slobodin, Esq.
Re:   **Berger v. Rossignol**; District Court Case Number C05-02523 EMC; Rule 60(b) Motion
5 June 2006

    Thank you for your attention to these matters.

                                        Yours truly,

                                        *Dictated but not read; sent*
                                        *without signature to avoid delay*

                                        DOUGLAS B. ALLEN

DBA:erf

cc:   client