DOUGLAS B. ALLEN, SBN 99239
BURNETT, BURNETT, & ALLEN
333 WEST SAN CARLOS ST.
EIGHTH FLOOR
SAN JOSE, CALIFORNIA 95110
(408) 298-6540

Attorneys for DOUGLAS B. ALLEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER, | Case No. C07-05279 JSW |
| Plaintiff, | [PROPOSED] ORDER DENYING PLAINTIFF'S CROSS-MOTION PURSUANT TO RULE FRCP 56 |
| vs. | |
| SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive; | Date: January 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Before: The Honorable Judge Jeffrey S. White |
| Defendants. | |

After considering the moving and opposition papers, the evidence presented by the parties, the argument of all counsel, and GOOD CAUSE APPEARING, THE COURT RULES AS FOLLOWS:

1.  Plaintiff's Cross-Motion Pursuant to Rule FRCP 56 is DENIED.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JEFFREY S. WHITE