Douglas B. Allen, SBN 99239
Burnett, Burnett, & Allen
333 West San Carlos St.
Eighth Floor
San Jose, California 95110
(408) 298-6540

Attorneys for DOUGLAS B. ALLEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>    Plaintiff,<br><br>vs.<br><br>SEYFARTH SHAW LLP, and Illinois limited liability partnership; JACK L. SLOBODIN, an individual; DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN; and Does 1-100, inclusive;<br><br>    Defendants.<br>_____/ | Case No. C07-05279 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DOUGLAS B. ALLEN dba BURNETT, BURNETT & ALLEN'S MOTION TO DISMISS UNDER RULE 12<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Before: The Honorable Judge Jeffrey S. White |

After considering the moving and opposition papers, the evidence presented by the parties, the argument of all counsel, and GOOD CAUSE APPEARING, THE COURT RULES AS FOLLOWS:

  1. Defendant Douglas B. Allen dba Burnett, Burnett & Allen's Motion to Dismiss Under Rule 12 is GRANTED. The plaintiffs case against defendant, Douglas B. Allen dba Burnett, Burnett & Allen is hereby dismissed.

  IT IS SO ORDERED.

DATED: _____        _____
                    THE HONORABLE JEFFREY S. WHITE

333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

PROPOSED] ORDER GRANTING DEFENDANT DOUGLAS B. ALLEN DBA BURNETT, BURNETT & ALLEN'S MOTION TO DISMISS UNDER RULE 12  1