1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS H. HAMM - #224905
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188

   Attorneys for Defendants
6  SEYFARTH SHAW LLP and JACK L. SLOBODIN

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

12 | RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279  JSW |
|---|---|
|  | **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| Plaintiffs, |  |
| v. |  |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, |  |
| Defendants. |  |

408058.01

STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

**STIPULATION**

The parties, by and through their undersigned counsel, hereby make a stipulated request under Local Rule 6-2 that the date for the Fed. R. Civ. P. 16(b) and Civil L. R. 16-10 Case Management Conference be rescheduled from February 1, 2008, at 1:30 p.m., to February 8, 2008 at 1:30 p.m. Pursuant to Civil L. R. 6-2, this stipulated request is accompanied by the Declaration of Elliot R. Peters.

**IT IS SO STIPULATED.**

Dated: December 17, 2007                                      KEKER & VAN NEST, LLP

                                                              By: /s/ Klaus H. Hamm
                                                                  KLAUS H. HAMM
                                                                  Attorneys for Defendants
                                                                  SEYFARTH SHAW LLP, and JACK L.
                                                                  SLOBODIN

                                                              *Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated: December 17, 2007

BURNETT, BURNETT & ALLEN

By: /s/ Douglas B. Allen
Attorneys for Defendants
DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN
*Concurrence obtained per General Order 45 X.B.*

Dated: December 17, 2007

BECK, ROSS, BISMONTE & FINLEY, LLP

By: /s/ Justin T. Beck
JUSTIN T. BECK
Attorneys for Plaintiffs
RICHARD W. BERGER and BRANT W. BERGER
*Concurrence obtained per General Order 45 X.B.*

## **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. A Case Management Conference shall be held in this case on February 8, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

The Honorable Jeffrey S. White
United States District Judge