KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

408060.01

DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE
CASE MANAGEMENT CONFERENCE
CASE NO. C07-5279 JSW

1. I am a partner with the firm of Keker & Van Nest LLP, counsel for Defendants Seyfarth Shaw LLP and Jack L. Slobodin and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**L.R. 6-2(a)(1): Reasons for Requested Order Changing Time**

2. The initial Case Management Conference is set for February 1, 2008. Good cause exists to reschedule the Case Management Conference because I am Defendants Seyfarth Shaw LLP's and Jack L. Slobodin's lead trial counsel and I will be unavailable on February 1, 2008 and not in the State of California.

3. I am available on February 8, 2008, and counsel for other parties have stated that they are also available on that date.

**L.R. 6-2(a)(2): Previous Time Modifications**

4. On November 9, 2007, the Court granted the parties' stipulation to change the briefing schedule for Defendants Seyfarth Shaw LLP's and Jack L. Slobodin's motions to dismiss and strike and Defendant Douglas B. Allen d/b/a Burnett, Burnett & Allen's motion to dismiss, resetting the deadline for opposition briefs from November 19, 2007 to November 20, 2007 and resetting the deadline for reply briefs from November 26, 2007 to November 29, 2007.

**L.R. 6-2(a)(3): Effect of the Time Modification on Case Schedule**

5. The requested scheduling change for the initial Case Management Conference will not affect the schedule for this case.

I state under penalty of perjury of the laws of the United States of American that the foregoing statements are true and correct and that this declaration was executed on December 14, 2007.

/s/ Elliot R. Peters
ELLIOT R. PETERS

1
DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. C07-5279 JSW

408060.01