UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERGER ET AL

     Plaintiff(s),                           No. C 07-05279 JSW

  v.                                     **CLERK'S NOTICE**

SEYFARTH SHAW, LLP ET AL

     Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on March 7, 2008 at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the 1) Motion to Dismiss filed by Defendant Douglas B.Allen; 2) Motion to Dismiss filed by Defendant Seyfarth Shaw, LLP, Jack L. Slobodin; 3) Motion to Strike and the 4) Motion for Partial Summary Judgment Against Allen re Statute of Limitations filed by Plaintiffs **previously noticed for** January 11, 2008 , in this matter.

     YOU ARE FURTHER NOTIFIED that on March 7, 2008, at 9:00 a.m., immediately following the hearing on the motions, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** February 8, 2008, in this matter   The joint case management statement shall be due on or before February 29, 2008.

                                             Richard W. Wieking
                                             Clerk, United States District Court

                                             By:_____*Jennifer Ottolini*_____
                                             Jennifer Ottolini, Deputy Clerk
                                             Honorable Jeffrey S. White
                                             (415) 522-4173

Dated: January 3, 2008