# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Berger,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Seyfarth Shaw, LLP,<br><br>                    Defendant(s). | 07-05279 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05279 JSW                    -2-

**PROOF OF SERVICE**

Case Name:      Berger v. Seyfarth Shaw, LLP

Case Number:    07-05279 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Alfredo A. Bismonte
> Beck, Ross, Bismonte & Finley, LLP
> Fairmont Plaza, Suite 1300
> 50 W. San Fernando St.
> San Jose, CA 95113
> abismonte@beckross.com
>
> Justin T. Beck
> Beck, Ross, Bismonte & Finley, LLP
> 50 W. San Fernando St.
> Suite 1300
> San Jose, CA 95113
> jbeck@beckross.com
>
> Jeremy Michael Duggan
> Beck, Ross, Bismonte & Finley LLP
> 50 W San Fernando Street
> Suite 1300
> San Jose, CA 95113
> jduggan@beckross.com

Ronald Craig Finley
Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
Suite 1300
50 W. San Fernando St.
San Jose, CA 95113
rfinley@beckross.com

Craig Alan Hansen
Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando Street
Suite 1300
San Jose, CA 95113
chansen@beckross.com

Klaus Hemingway Hamm
Keker & Van Nest LLP
710 Sansome Street
San Francisco, Ca 94111-1704
khamm@kvn.com

Elliot Remsen Peters
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704
epeters@kvn.com

Daniel Edward Purcell
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704
dpurcell@kvn.com

Travis LeBlanc
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111
tleblanc@kvn.com

Douglas B. Allen
Burnett, Burnett & Allen
333 West Santa Clara Street
8th Floor
San Jose, Ca 95110

burnettburnettallen@yahoo.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov