1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS HAMM - #224905
3  TRAVIS LEBLANC - #251097
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:   (415) 397-7188

6  Attorneys for Defendants
   SEYFARTH SHAW LLP and
7  JACK L. SLOBODIN

8

9              IN THE UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>            Plaintiffs,<br><br>      v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. C07-05279 JSW<br><br>**SEYFARTH SHAW'S AND JACK SLOBODIN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

3 | Dated: February 22, 2008                           KEKER & VAN NEST, LLP

4
5
6 |                                         By: /s/ Klaus H. Hamm
   |                                             KLAUS H. HAMM
7 |                                             Attorneys for Defendants
   |                                             SEYFARTH SHAW LLP and
8 |                                             JACK L. SLOBODIN

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

SEYFARTH SHAW'S AND JACK SLOBODIN'S CERTIFICATION
OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-05279 JSW

411775.01