| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
|   | KLAUS HAMM - #224905 |
| 3 | TRAVIS LEBLANC - #251097 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 5 | Facsimile:   (415) 397-7188 |
| 6 | Attorneys for Defendants |
|   | SEYFARTH SHAW LLP and |
| 7 | JACK L. SLOBODIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD W. BERGER and BRANT W. BERGER,

Plaintiffs,

v.

SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,

Defendants.

Case No. C07-05279 JSW

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

Counsel report that they have met and conferred regarding ADR and that they:

X   have not yet reached an agreement to an ADR process

___ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:    March 7, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Elliot Peters | Seyfarth Shaw and Jack Slobodin | (415) 391-5400 | epeters@kvn.com |
| Justin T. Beck | Richard W. Berger and Brant W. Berger | (408) 938-7900 | jbeck@beckross.com |
| Douglas B. Allen | Douglas B. Allen | (408) 298-6540 | burnettburnettallen@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: February 22, 2008                    KEKER & VAN NEST, LLP


                            By:  _____/s/ Elliot R. Peters_____
                                 ELLIOT R. PETERS
                                 Attorneys for Defendants
                                 SEYFARTH SHAW LLP, and
                                 JACK L. SLOBODIN

Dated: February 22, 2008                    BECK, ROSS, BISMONTE & FINLEY


                            By:  _____/s/ Justin T. Beck_____
                                 JUSTIN T. BECK
                                 Attorneys for Plaintiffs
                                 RICHARD W. BERGER and
                                 BRANT W. BERGER

411782.01

1
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C07-05279 JSW

1  Dated: February 22, 2008
2
3
                                      By:  _____/s/ Douglas B. Allen_____
4                                          DOUGLAS B. ALLEN
                                           In Pro Per
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

411782.01

2
NOTICE OF NEED FOR ADR PHONE CONFERENCE
CASE NO. C07-05279 JSW