1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   (408) 298-6540
4
   Attorneys for DOUGLAS B. ALLEN
5

6              UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
7

8  RICHARD W. BERGER AND BRANT W.             Case No. C07-05279 JSW
   BERGER,
9
                Plaintiff,                    DEFENDANT DOUGLAS B. ALLEN dba
10                                            BURNETT, BURNETT & ALLEN'S CERTIFICATION
   vs.                                        OF INTERESTED ENTITIES OR PERSONS
11
   SEYFARTH SHAW LLP, and Illinois limited
12 liability partnership; JACK L. SLOBODIN, an   Before: The Honorable Judge Jeffrey S. White
   individual; DOUGLAS B. ALLEN dba
13 BURNETT, BURNETT & ALLEN; and Does
   1-100, inclusive;
14              Defendants.
                                           /
15
       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, that the following may
16
   be interested parties with a financial interest in the above referenced action, in addition to the parties
17
   named in the complaint. Such parties are as follows:
18
       John F. Branton, C.P.A.
19     Branton, de Jong Associates
       6155 Almaden Expressway, Suite 350
20     San Jose, CA 95120

21     Berger Enterprises Inc., a California Corporation
       California Dept. of Corporations number C1971618
22     2881 Juniper Ave.,
       Morro Bay, CA. 93442
23
   DATED: February 27, 2008                   BURNETT, BURNETT, & ALLEN
24

25
                                              BY: /S/ DOUGLAS B. ALLEN
26
                                              _____
                                              DOUGLAS B. ALLEN
27

28