| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
|   | KLAUS H. HAMM - #224905 |
| 3 | TRAVIS LEBLANC - #251097 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |

Attorneys for Defendants
SEYFARTH SHAW LLP and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279  JSW |
| Plaintiffs, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

///

///

///

1     (3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 28, 2008

By:    /s/ Jack L. Slobodin
JACK L. SLOBODIN
*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated: February 28, 2008

SEYFARTH SHAW LLP

By:    /s/ Peter Woodford
PETER WOODFORD
*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated: February 28, 2008

KEKER & VAN NEST, LLP

By:    /s/ Klaus H. Hamm
KLAUS H. HAMM
Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

411773.01