**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

    Plaintiffs,

v.

SEYFARTH SHAW, LLP ET AL,

    Defendants.
_____/

No. C 07-05279 JSW

**ORDER VACATING HEARING ON MOTIONS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the pending (1) motion to dismiss the five claims of the complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and against the fraud causes of action for failure to meet the heightened pleading standard of Federal Rule of Civil Procedure 9(b) filed by Defendants Seyfarth Shaw LLP and Jack L. Slobodin (collectively "Seyfarth"); (2) motion to strike Plaintiffs' request for punitive damages pursuant to Federal Rule of Civil Procedure 12(f) filed by Defendants Seyfarth; (3) motion to dismiss filed by Defendant Douglas B. Allen dba Burnett, Burnett & Allen ("Allen") for failure to state a claim upon which relief can be granted due to the claims being barred by the applicable statute of limitations pursuant to Federal Rule of Civil Procedure 12(b)(6); and (4) conditional cross-motion for summary adjudication against Allen filed by Plaintiffs on the statute of limitations issue which have all been noticed for hearing on Friday, March 7, 2008 at 9:00 a.m., are appropriate for decision

1   without oral argument.  Accordingly, the hearing date is hereby VACATED.  The motions will
2   be taken under submission and decided on the papers.
3   **IT IS SO ORDERED.**

5   Dated: March 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE