# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BERGER ET AL

    Plaintiff(s),                         No. C 07-05279 JSW

  v.                                **CLERK'S NOTICE**

SEYFARTH SHAW, LLP ET AL

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that the Initial Case Management Conference scheduled for March 7, 2008, is VACATED and will be rescheduled by order of the Court.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: March 6, 2008