| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
| | KLAUS H. HAMM - #224905 |
| 3 | TRAVIS LEBLANC - #251097 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | SEYFARTH SHAW LLP and JACK L. SLOBODIN |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279  JSW |
| Plaintiffs, | **DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| v. | |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

413479.01

DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE
CASE MANAGEMENT CONFERENCE
CASE NO. C07-5279 JSW

1.     I am a partner with the firm of Keker & Van Nest LLP, counsel for Defendants Seyfarth Shaw LLP and Jack L. Slobodin and am admitted to practice before this Court.  The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**L.R. 6-2(a)(1): Reasons for Requested Order Changing Time**

2.     The initial Case Management Conference is set for April 4, 2008.  Good cause exists to reschedule the Case Management Conference because I am Defendants Seyfarth Shaw LLP's and Jack L. Slobodin's lead trial counsel and I will be unavailable on April 4, 2008 and not in the State of California.

3.     I am available on April 18, 2008, and counsel for other parties have stated that they are also available on that date.

**L.R. 6-2(a)(2): Previous Time Modifications**

4.     On November 9, 2007, the Court granted the parties' stipulation to change the briefing schedule for Defendants Seyfarth Shaw LLP's and Jack L. Slobodin's motions to dismiss and strike and Defendant Douglas B. Allen d/b/a Burnett, Burnett & Allen's motion to dismiss, resetting the deadline for opposition briefs from November 19, 2007 to November 20, 2007 and resetting the deadline for reply briefs from November 26, 2007 to November 29, 2007.

5.     On December 17, 2007, the Court granted the parties' stipulation to change the date for the initial Case Management Conference from February 1, 2008 to February 8, 2008. On January 3, 2008, the Court rescheduled the hearing on defendants' Rule 12 motions and the initial Case Management Conference to March 7, 2008.  On March 6, 2008, the Court vacated the hearing on Defendants' Rule 12 motions and the initial Case Management Conference. On March 7, 2008, the Court scheduled the Case Management Conference for April 4, 2008.

**L.R. 6-2(a)(3): Effect of the Time Modification on Case Schedule**

6.     The requested scheduling change for the initial Case Management Conference will not affect the schedule for this case.

I declare under penalty of perjury of the laws of the United States of America that the

1

413479.01

DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. C07-5279 JSW

1  foregoing statements are true and correct and that this declaration was executed on March 18,
2  2008.

3

4
                                                              /s/ Elliot R. Peters
5                                                             ELLIOT R. PETERS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF ELLIOT R. PETERS IN SUPPORT OF STIPULATED REQUEST TO RESCHEDULE
CASE MANAGEMENT CONFERENCE
CASE NO. C07-5279 JSW

413479.01