| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
|   | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
|   | KLAUS H. HAMM - #224905 |
| 3 | TRAVIS LEBLANC - #251097 |
|   | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
|   | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendants |
|   | SEYFARTH SHAW LLP and JACK L. SLOBODIN |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279  JSW |
| Plaintiffs, | **STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| v. | |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

# STIPULATION

The parties, by and through their undersigned counsel, hereby make a stipulated request under Local Rule 6-2 that the date for the Fed. R. Civ. P. 16(b) and Civil L. R. 16-10 Case Management Conference be rescheduled from April 4, 2008, at 1:30 p.m., to April 18, 2008 at 1:30 p.m. Pursuant to Civil L. R. 6-2, this stipulated request is accompanied by the Declaration of Elliot R. Peters.

**IT IS SO STIPULATED.**

Dated:  March 18, 2008                                  KEKER & VAN NEST, LLP

                                                        By: /s/ Klaus H. Hamm
                                                        KLAUS H. HAMM
                                                        Attorneys for Defendants
                                                        SEYFARTH SHAW LLP, and JACK L. SLOBODIN

*Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated:  March 18, 2008                                  BURNETT, BURNETT & ALLEN

                                                        By: /s/ Douglas B. Allen
                                                        DOUGLAS B. ALLEN
                                                        Attorneys for Defendants
                                                        DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN

*Concurrence obtained per General Order 45 X.B.*

Dated:  March 18, 2008                                  BECK, ROSS, BISMONTE & FINLEY, LLP

                                                        By: /s/ Craig A. Hansen
                                                        CRAIG A. HANSEN
                                                        Attorneys for Plaintiffs
                                                        RICHARD W. BERGER and BRANT W. BERGER

*Concurrence obtained per General Order 45 X.B.*

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. A Case Management Conference shall be held in this case on April 18, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 18, 2008

_____
The Honorable Jeffrey S. White
United States District Judge