Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-05279 JSW<br><br>**NOTICE OF PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS FILED BY DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN**<br><br>**Date:** May 16, 2008<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 2, 17th Floor<br>**Judge:** Hon. Jeffrey S. White |

To all parties and their counsel of record:

Please take notice that on May 16, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor of the above-referenced court, plaintiffs Richard Berger and Brant Berger will move to dismiss the counterclaims filed by defendants Seyfarth Shaw LLP and Jack L. Slobodin.

This motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that: (1) the counterclaims fail to satisfy the "actual controversy" requirement of 28 U.S.C. § 2201; and (2) the

court should exercise its discretion not to hear the counterclaims because they add unnecessary procedural complexities and add nothing of value to these proceedings.

The motion is based on this notice, the accompanying memorandum of points and authorities, the court file, the arguments of counsel, and any other matters that the court deems appropriate to consider.

Dated: April 10, 2008                                    Beck, Ross, Bismonte & Finley, LLP

By: _____/s/_____
    Craig Alan Hansen
    Attorneys for the Plaintiffs and Counterdefendants
    Richard Berger and Brant Berger