Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>  Plaintiffs,<br><br>  v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-05279 JSW<br><br>**[PROPOSED] GRANTING PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS FILED BY DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN**<br><br>**Date:** May 16, 2008<br>**Time:** 9:00 a.m.<br>**Place:** Courtroom 2, 17th Floor<br>**Judge:** Hon. Jeffrey S. White |

The court has heard the motion of plaintiffs Richard Berger and Brant Berger to dismiss the counterclaims filed by defendants Seyfarth Shaw LLP and Jack L. Slobodin.

Having considered the parties' moving papers, the arguments of counsel, and good cause

appearing, plaintiffs' motion to dismiss is hereby GRANTED.  The counterclaims filed by defendants Seyfarth Shaw LLP and Jack L. Slobodin are hereby DISMISSED.

It is so ordered.

Dated: May __, 2008            By: _____
                                    UNITED STATED DISTRICT COURT JUDGE

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

[Proposed] Order Granting Motion to Dismiss Counterclaims        2        Case No. C 07-05279 JSW
of Defendants Seyfarth Shaw and Slobodin