**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

    Plaintiffs,

  v.

SEYFARTH SHAW, LLP ET AL,

    Defendants.

No. C 07-05279 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on May 16, 2008 on Plaintiffs' motions to dismiss the counterclaims. Due to the Court's schedule, the hearing is CONTINUED to June 20, 2008 at 9:00 a.m. The Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than April 25, 2008 and any reply briefs shall be filed by no later than May 2, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: April 10, 2008

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE