UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERGER ET AL

       Plaintiff(s),                      No. C 07-05279 JSW

   v.                                    **CLERK'S NOTICE**

SEYFARTH SHAW, LLP ET AL

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on June 20, 2008, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss Counterclaims, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** April 18, 2008 , in this matter.   A joint supplemental case management statement shall be due on or before June 13, 2008.

Richard W. Wieking
Clerk, United States District Court

By:____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated:  April 15, 2008