1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS H. HAMM - #224905
3  TRAVIS LEBLANC - #251097
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   SEYFARTH SHAW LLP and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>                          Plaintiffs,<br><br>      v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>                          Defendants. | Case No. C07-05279  JSW<br><br>**STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS AND [PROPOSED] ORDER** |

STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS
COUNTERCLAIMS AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

415565.01

**STIPULATION**

The parties, by and through their undersigned counsel, hereby make a stipulated request under Local Rule 6-2 that the briefing schedule for Plaintiffs' motions to dismiss Defendants' counterclaims be reset as follows: oppositions are due by May 15, 2008 and replies, if any, are due by June 6, 2008. Pursuant to Civil L. R. 6-2, this stipulated request is accompanied by the Declaration of Klaus H. Hamm.

**IT IS SO STIPULATED.**

Dated:  April 17, 2008                                    KEKER & VAN NEST, LLP

                                                         By:  /s/ Klaus H. Hamm
                                                              KLAUS H. HAMM
                                                              Attorneys for Defendants
                                                              SEYFARTH SHAW LLP, and JACK L. SLOBODIN

*Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated:  April 17, 2008                                    BURNETT, BURNETT & ALLEN

                                                         By:  /s/ Douglas B. Allen
                                                              DOUGLAS B. ALLEN
                                                              Attorneys for Defendants
                                                              DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN

*Concurrence obtained per General Order 45 X.B.*

Dated:  April 17, 2008                                    BECK, ROSS, BISMONTE & FINLEY, LLP

                                                         By:  /s/ Craig A. Hansen
                                                              CRAIG A. HANSEN
                                                              Attorneys for Plaintiffs
                                                              RICHARD W. BERGER and BRANT W. BERGER

*Concurrence obtained per General Order 45 X.B.*

1

STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

415565.01

# **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. The briefing schedule for Plaintiffs' motions to dismiss Defendants' counterclaims is reset as follows: oppositions are due by May 15, 2008 and replies, if any, are due by June 6, 2008.

Dated: _____

_____
The Honorable Jeffrey S. White
United States District Judge

2
STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS
COUNTERCLAIMS AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

415565.01