KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS H. HAMM - #224905
TRAVIS LEBLANC - #251097
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS** |

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS
CASE NO. C07-5279 JSW

415566.01

1. I am an associate with the firm of Keker & Van Nest LLP, counsel for Defendants Seyfarth Shaw LLP and Jack L. Slobodin and am admitted to practice before this Court. The facts set forth herein are known to me of my personal knowledge, and if called upon I can testify truthfully thereto.

**L.R. 6-2(a)(1): Reasons for Requested Order Changing Time**

2. The hearing on Plaintiffs' motions to dismiss Defendants' counterclaims is set for June 20, 2008. Good cause exists to reset the briefing schedule such that oppositions are due by May 15, 2008 and replies, if any, are due by June 6, 2008 because that schedule is consistent with Civil Local Rule 7-3 and will provide the parties with adequate time to prepare their briefs and the Court with adequate time to review them.

**L.R. 6-2(a)(2): Previous Time Modifications**

3. On November 9, 2007, the Court granted the parties' stipulation to change the briefing schedule for Defendants' Rule 12 motions, resetting the deadline for opposition briefs from November 19, 2007 to November 20, 2007 and resetting the deadline for reply briefs from November 26, 2007 to November 29, 2007.

4. On December 17, 2007, the Court granted the parties' stipulation to change the date for the initial Case Management Conference from February 1, 2008 to February 8, 2008. On January 3, 2008, the Court rescheduled the hearing on Defendants' Rule 12 motions and the initial Case Management Conference to March 7, 2008. On March 6, 2008, the Court vacated the hearing on Defendants' Rule 12 motions and the initial Case Management Conference. On March 7, 2008, the Court scheduled the Case Management Conference for April 4, 2008. On March 18, 2008, the Court granted the parties' stipulated request to reschedule the Case Management Conference from April 4, 2008 to April 18, 2008. On April 10, 2008, the Court rescheduled the hearing on Plaintiffs' motions to dismiss Defendants' counterclaims from May 16, 2008 to June 20, 2008. On April 15, 2008, the Court rescheduled the Case Management Conference from April 18, 2008 to June 20, 2008.

**L.R. 6-2(a)(3): Effect of the Time Modification on Case Schedule**

5. The requested scheduling change for the initial Case Management Conference

1

DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS
CASE NO. C07-5279 JSW

415566.01

1  will not affect the schedule for this case.

2

3    I declare under penalty of perjury of the laws of the United States of America that the

4  foregoing statements are true and correct and that this declaration was executed on April 17,

5  2008.

6

7

                                            /s/ Klaus H. Hamm
8                                              KLAUS H. HAMM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF KLAUS H. HAMM IN SUPPORT OF STIPULATED REQUEST TO RESET BRIEFING
SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS COUNTERCLAIMS
CASE NO. C07-5279 JSW

415566.01