1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS H. HAMM - #224905
3  TRAVIS LEBLANC - #251097
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendants
   SEYFARTH SHAW LLP and JACK L. SLOBODIN
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   RICHARD W. BERGER and BRANT W.          Case No. C07-05279  JSW
13 BERGER,
                                           **STIPULATED REQUEST TO RESET
14                     Plaintiffs,         BRIEFING SCHEDULE FOR
                                           PLAINTIFFS' MOTIONS TO DISMISS
15     v.                                  COUNTERCLAIMS AND [PROPOSED]
                                           ORDER THEREON**
16 SEYFARTH SHAW LLP, an Illinois limited
   liability partnership; JACK L. SLOBODIN, an
17 individual; BURNETT, BURNETT &
   ALLEN, a California partnership; DOUGLAS
18 B. ALLEN, an individual; and DOES 1-100,
   inclusive,
19
                       Defendants.
20

21

22

23

24

25

26

27

28

415565.01

STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS
COUNTERCLAIMS AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

**STIPULATION**

The parties, by and through their undersigned counsel, hereby make a stipulated request under Local Rule 6-2 that the briefing schedule for Plaintiffs' motions to dismiss Defendants' counterclaims be reset as follows: oppositions are due by May 15, 2008 and replies, if any, are due by June 6, 2008.  Pursuant to Civil L. R. 6-2, this stipulated request is accompanied by the Declaration of Klaus H. Hamm.

**IT IS SO STIPULATED.**

Dated:  April 17, 2008                                            KEKER & VAN NEST, LLP

                                                                  By:  /s/ Klaus H. Hamm
                                                                       KLAUS H. HAMM
                                                                       Attorneys for Defendants
                                                                       SEYFARTH SHAW LLP, and JACK L. SLOBODIN

                                                                  *Filer's Attestation:  Pursuant to General Order No. 45, Section X.B. regarding signatures, Klaus H. Hamm hereby attests that concurrence in the filing of the document has been obtained.*

Dated:  April 17, 2008                                            BURNETT, BURNETT & ALLEN

                                                                  By:  /s/ Douglas B. Allen
                                                                       DOUGLAS B. ALLEN
                                                                       Attorneys for Defendants
                                                                       DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN

                                                                  *Concurrence obtained per General Order 45 X.B.*

Dated:  April 17, 2008                                            BECK, ROSS, BISMONTE & FINLEY, LLP

                                                                  By:  /s/ Craig A. Hansen
                                                                       CRAIG A. HANSEN
                                                                       Attorneys for Plaintiffs
                                                                       RICHARD W. BERGER and BRANT W. BERGER

                                                                  *Concurrence obtained per General Order 45 X.B.*

1
STIPULATED REQUEST TO RESET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS TO DISMISS
COUNTERCLAIMS AND [PROPOSED] ORDER
CASE NO. C07-5279 JSW

415565.01

# ORDER

~~PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED. The briefing schedule for Plaintiffs' motions to dismiss Defendants' counterclaims is reset as follows: oppositions are due by May 15, 2008 and replies, if any, are due by June 6, 2008.~~   The stipulated request to alter the briefing schedule is denied without prejudice for failure to demonstrate good cause for the request.

Dated:  April 17, 2008

_____
The Honorable Jeffrey S. White
United States District Judge