1  Justin T. Beck, Esq. (Cal. Bar No. 53138)
   Ron C. Finley, Esq. (Cal. Bar No. 200549)
2  Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
   Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
3  Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
   Beck, Ross, Bismonte & Finley, LLP
4  50 West San Fernando Street, Suite 1300
   San Jose, CA 95113
5  Tel: (408) 938-7900
   Fax: (408) 938-0790
6  Email: jbeck@beckross.com
           rfinley@beckross.com
7          abismonte@beckross.com
           chansen@beckross.com
8          jduggan@beckross.com

9  Attorneys for Plaintiffs
   Richard W. Berger and Brant W. Berger
10

**UNITED STATES DISTRICT COURT**

11

**NORTHERN DISTRICT OF CALIFORNIA**

12

13  RICHARD W. BERGER and BRANT W.
    BERGER,                                         Case No. C 07-05279 JSW

14                                                  **NOTICE OF PLAINTIFFS' MOTION TO**
                   Plaintiffs,                      **DISMISS AMENDED COUNTERCLAIMS**
15                                                  **FILED BY DEFENDANT DOUGLAS**
           v.                                       **ALLEN**
16
    SEYFARTH SHAW LLP, an Illinois limited
17  liability partnership; JACK L. SLOBODIN,        **Date:    August 8, 2008**
    an individual; BURNETT, BURNETT, &             **Time:    9:00 a.m.**
18  ALLEN, a California partnership;                **Place:   Courtroom 2, 17th Floor**
    DOUGLAS B. ALLEN, an individual;               **Judge:   Hon. Jeffrey S. White**
19  and DOES 1-100, inclusive;

20                 Defendants.

21  AND RELATED COUNTERCLAIMS

22

23         To all parties and their counsel of record:

24         Please take notice that on August 8, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor of the

25  above-referenced court, plaintiffs Richard Berger and Brant Berger will move to dismiss the

26  amended counterclaims filed by defendant Douglas B. Allen.

27         This motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that: (1) Allen's

28  negligent misrepresentation allegations do not satisfy the pleading requirements Fed. R. Civ. P.

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900

9(b); and (2) Allen has failed to allege a plausible basis for relief under Fed. R. Civ. P. 8(a)(2).

The motion is based on this notice, the accompanying memorandum of points and authorities, the court file, the arguments of counsel, and any other matters that the court deems appropriate to consider.


Dated: July 3, 2008                              Beck, Ross, Bismonte & Finley, LLP


                                                 By:  _____/s/_____
                                                      Craig Alan Hansen
                                                      Attorneys for the Plaintiffs and Counterdefendants
                                                      Richard Berger and Brant Berger

Beck, Ross, Bismonte & Finley, LLP
Fairmont Plaza
50 W. San Fernando St., 1300
San Jose, California 95113
Telephone (408) 938-7900