Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-05279 JSW<br><br>**AMENDED NOTICE OF PLAINTIFFS' MOTION TO DISMISS AMENDED COUNTERCLAIMS FILED BY DEFENDANT DOUGLAS ALLEN**<br><br>Date:  September 5, 2008<br>Time:  9:00 a.m.<br>Place: Courtroom 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

To all parties and their counsel of record:

Please take notice that on September 5, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor of the above-referenced court, plaintiffs Richard Berger and Brant Berger will move to dismiss the amended counterclaims filed by defendant Douglas B. Allen.

This motion is brought pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that: (1) Allen's negligent misrepresentation allegations do not satisfy the pleading requirements Fed. R. Civ. P.

1  9(b); and (2) Allen has failed to allege a plausible basis for relief under Fed. R. Civ. P. 8(a)(2).

2  The motion is based on this notice, the accompanying memorandum of points and
3  authorities, the court file, the arguments of counsel, and any other matters that the court deems
4  appropriate to consider.

Dated: July 7, 2008                           Beck, Ross, Bismonte & Finley, LLP

By:  \_\_\_\_/s/_____
    Craig Alan Hansen
    Attorneys for the Plaintiffs and Counterdefendants
    Richard Berger and Brant Berger

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900