UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERGER ET AL

       Plaintiff(s),                            No. C 07-05279 JSW

   v.                                     **CLERK'S NOTICE**

SEYFARTH SHAW, LLP ET AL

       Defendant(s).

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on September 5, 2008, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss Amended Counterclaims, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** July 18, 2008 , in this matter.   The joint case management statement shall be due on or before August 29, 2008.

                                        Richard W. Wieking
                                        Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated:  July 7, 2008

NOTE:  Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information