**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
RICHARD W. BERGER and BRANT W.
BERGER,
10                                                    No. C 07-05279 JSW
                    Plaintiffs,
11
        v.
12                                                    **ORDER SETTING BRIEFING**
                                                      **SCHEDULE ON PLAINTIFFS'**
SEYFARTH SHAW, LLP ET AL,                             **MOTION TO DISMISS ALLEN'S**
13                                                    **AMENDED COUNTERCLAIMS**
                    Defendants.
14  _____/
15
16          This matter is set for a hearing on September 5, 2008 on Plaintiffs' motion to dismiss
17  Defendant Allen's amended counterclaims.  The Court HEREBY ORDERS that an opposition
18  to the motion shall be filed by no later than July 15, 2008 and a reply brief shall be filed by no
    later than July 22, 2008.
19
20          If the Court determines that the matter is suitable for resolution without oral argument, it
21  will so advise the parties in advance of the hearing date.  If the parties wish to modify this
22  schedule, they may submit for the Court's consideration a stipulation and proposed order
23  demonstrating good cause for any modification requested.
24          **IT IS SO ORDERED.**
25
26  Dated:  July 8, 2008          _____
27                                JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE
28