# EXHIBIT C

C-1- Richard Berger's Responses to Defendant Seyfarth Shaw's First Set of Interrogatories

C-2- Richard Berger's Supplemental Responses to Defendant Seyfarth Shaw's First Set of Interrogatories

C-3- Brant Berger's Responses to Defendant Seyfarth Shaw's First Set of Interrogatories