# EXHIBIT D

**PRIVILEGE LOG FOR
SEYFARTH SHAW & JACK SLOBODIN**
(Revised as of June 27, 2008)

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEY 005278-81 (produced with redactions) | Email | 3/28/07 | Monique Nickson | Rhonda A. Lopera | Richard Hausman, Regina Wyrick-Berry, Bruno Bilotta, David Crowley | Transfer file letter for Berger v. Rossignol [89364] | Attorney-Client Privilege/ AWP |
| SEY 005292-95 (produced with redactions) | Email | 3/26/07 | Regina Wyrick-Berry | Edgar Osorio; Jay McAveeney | Richard Hausman | Berger/Rossi File | Attorney-Client Privilege/ AWP |
| SEY 005296-98 (produced with redactions) | Email | 3/20/07 | Richard Hausman | Atsuko Ishikawa; Edgar Osorio | Regina Wyrick-Berry | Berger/Rossi File (seeking legal advice from **L. Butler**[1]) | Attorney-Client Privilege/ AWP |
| SEY 005299-301 (produced with redactions) | Email | 3/20/07 | Atsuko Ishikawa | Richard Hausman; Edgar Osorio | Regina Wyrick-Berry | Berger/Rossi File (seeking legal advice from **L. Butler**) | Attorney-Client Privilege/ AWP |
| SEY 005302-04 (produced with redactions) | Email | 3/20/07 | Richard Hausman | Edgar Osorio; Atsuko Ishikawa | Regina Wyrick-Berry | Berger/Rossi File (reflecting legal advice from **L.** | Attorney-Client |

---
[1] **Attorneys are noted in bold type.**

415251.03

1

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEY 005305-06 | Email | 3/14/07 | Richard Hausman | Edgar Osorio; Atsuko Ishikawa | | Butler | Privilege/ AWP |
| SEY 005307-09 | Email | 3/12/07 | Richard Hausman | Regina Wyrick-Berry | | Slobodin's files (reflecting legal advice from L. Butler) | Attorney-Client Privilege/ AWP |
| SEY 005387-88 (produced with redactions) | Email | 3/24/06 | edruser@seyfarth.com | SFO Secretaries | Regina Wyrick-Berry | Elite Extend Notifications for 03/24/2006 | Non-responsive information about Seyfarth clients not at issue has been redacted |
| SEY 010259-70 (produced with redactions) | Pleading | 7/6/06 | | | | Plaintiffs [sic] Reply to Rossignol's Opposition to Plaintiffs' Motion Under Fed. R. Civ.P. 60(B) to Vacate Judgment | Non-responsive information about Seyfarth partnership has been redacted |

415251.03

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00003645-46 | Email | 7/13/07 | Alan Unikel | Matthew Werber | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEYFARTH00003648-49 | Email | 7/13/07 | Alan Unikel | Matthew Werber | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEYFARTH00005097 | Email | 9/17/07 | David Newman | Peter Woodford | | new exhibits for Rossignol binding | Attorney-Client Privilege/ AWP |
| SEY 020265 (produced with redactions) | Email | 8/1/03 | Jack Slobodin | Brandi Davis | | conflicts for clients and potential matters | Non-responsive information about Seyfarth clients and potential clients not at issue has been redacted |
| SEYFARTH00006914-15 | Email | 7/11/07 | Verna D. Mohan | Matthew Werber; Nancy Balderrama | Hilda R.J. Vickers | PDF Requested- Costs. | Attorney-Client Privilege/ |

415251.03

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00007112 | Email | 3/27/07 | Hilda R.J. Vickers | Matthew Werber | | Invoice for Berger Case 89364-000001 | Attorney-Client Privilege/ AWP |
| SEYFARTH0007207-08 | Email | 7/18/07 | Nancy Balderrama | Matthew Werber; Verna Mohan | Hilda R.J. Vickers; **Alan Unikel** | PDF Requested- Costs | Attorney-Client Privilege/ AWP |
| SEYFARTH00008053-54 | Email | 7/13/07 | **Alan Unikel** | Matthew Werber | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEYFARTH00008287-88 | Email | 7/13/07 | **Alan Unikel** | Matthew Werber | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEYFARTH00008437-38 | Email | 7/11/07 | Matthew Werber | **Alan Unikel** | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEYFARTH00008496-97 | Email | 7/11/07 | Matthew Werber | Verna Mohan; Nancy Balderrama | Hilda R.J. Vickers | PDF Requested- Costs | Attorney-Client Privilege/ AWP |

4

4152251.03

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00008796 | Email | 3/27/07 | Matthew Werber | Hilda R.J. Vickers | Regina Wyrick-Berry | Invoice for Berger Case 89364-000001 | Attorney-Client Privilege/ AWP |
| SEYFARTH00008920-21 | Email | 7/18/07 | Matthew Werber | Nancy Balderrama | | PDF Requested- Costs. | Attorney-Client Privilege/ AWP |
| SEYFARTH00009006-07 | Email | 7/13/07 | Matthew Werber | Verna Mohan; Nancy Balderrama | Hilda R.J. Vickers; Alan Unikel | PDF Requested- Costs. | Attorney-Client Privilege/ AWP |
| SEYFARTH00009046-47 | Email | 7/13/07 | Matthew Werber | **Alan Unikel** | | Unbilled Charge | Attorney-Client Privilege/ AWP |
| SEY 020180 (produced with redactions) | Email | 5/11/06 | Matthew Werber | Nancy Faust | Melody A. Gunning | **REDACTED** | Non-responsive information about a client not at issue has been redacted |
| SEYFARTH00014185 | Email | 3/14/07 | **Nick Geannacopulos** | Richard Hausman | **Peter Woodford** | Slobodin's files | Attorney-Client |

415251.03

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00014186 | Email | 3/9/07 | Nick Geannacopulos | Richard Hausman | | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014191-92 | Email | 3/12/07 | Nick Geannacopulos | | Regina Wyrick-Berry; **Peter Woodford** | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014200-01 | Email | 3/12/07 | Peter Woodford | Peter Woodford | Richard Hausman | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014207-08 | Email | 3/12/07 | Nick Geannacopulos | Nick Geannacopulos | Richard Hausman | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014211-12 (produced with redactions) | Email | 3/20/07 | Edgar Osorio | Peter Woodford | Richard Hausman | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014213-14 | Email | 3/12/07 | Nick Geannacopulos | Richard Hausman | | Berger/Rossi File (reflecting legal advice from **L. Butler**) | Attorney-Client Privilege/ AWP |
| | | | | Peter Woodford | Richard Hausman | Berger Case | Attorney-Client Privilege/ |

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00014216 (produced with redactions) | Email | 3/30/07 | Edgar Osorio | Rhonda A. Lopera | | Berger/Rossi File Transfer (reflecting legal advice from **P. Woodford**) | Attorney-Client Privilege/ AWP |
| SEYFARTH00014217 (produced with redactions) | Email | 3/20/07 | **Lawrence Butler** | Richard Hausman | | Berger/Rossi File | Attorney-Client Privilege/ AWP |
| SEYFARTH00014218 | Email | 3/12/07 | **Peter Woodford** | **Nick Geannacopulos** | Richard Hausman | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014222 | Email | 3/12/07 | **Nick Geannacopulos** | **Peter Woodford** | Richard Hausman | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014226 | Email | 3/14/07 | **Peter Woodford** | **Nick Geannacopulos**; Richard Hausman | | Slobodin's files | Attorney-Client Privilege/ AWP |
| SEYFARTH00014227 (produced with redactions) | Email | 3/9/07 | Regina Wyrick-Berry | Richard Hausman | | Berger Case | Attorney-Client Privilege/ AWP |

7

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00014229 | Email | 3/14/07 | Richard Hausman | **Peter Woodford; Nick Geannacopulos** | | Slobodin's files | Attorney-Client Privilege/ AWP |
| SEYFARTH00014230 (produced with redactions) | Email | 3/30/07 | Richard Hausman | Edgar Osorio | Rhonda A. Lopera | Berger/Rossi File Transfer (reflecting legal advice from **P. Woodford**) | Attorney-Client Privilege/ AWP |
| SEYFARTH00014231 | Email | 3/12/07 | Richard Hausman | Regina Wyrick-Berry | | Jack's cases (seeking legal advice from **L. Butler**) | Attorney-Client Privilege/ AWP |
| SEYFARTH00014235-36 | Email | 3/12/07 | Richard Hausman | **Nick Geannacopulos; Peter Woodford** | | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014238-39 | Email | 3/20/07 | Richard Hausman | Edgar Osorio | | Berger/Rossi File (reflecting legal advice from L. **Butler**) | Attorney-Client Privilege/ AWP |
| SEYFARTH00014240 | Email | 3/12/07 | Richard Hausman | Atsuko Ishikawa | | Berger Case (reflecting legal advice from L. **Butler**) | Attorney-Client Privilege/ AWP |

415251.03

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEYFARTH00014242-43 (produced with redactions) | Email | 3/20/07 | Richard Hausman | Atsuko Ishikawa; Edgar Osorio | Regina Wyrick-Berry | Berger/Rossi File (seeking legal advice from **L. Butler**) | Attorney-Client Privilege/ AWP |
| SEYFARTH00014244 | Email | 3/12/07 | Richard Hausman | **Nick Geannacopulos; Peter Woodford** | | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014246-47 | Email | 3/20/07 | Richard Hausman | Edgar Osorio; Atsuko Ishikawa | Regina Wyrick-Berry | Berger/Rossi | Attorney-Client Privilege/ AWP |
| SEYFARTH00014248 | Email | 3/9/07 | Richard Hausman | **Nick Geannacopulos** | Regina Wyrick-Berry | Berger Case | Attorney-Client Privilege/ AWP |
| SEYFARTH00014250 | Email | 3/20/07 | Richard Hausman | **Lawrence Butler** | **Nick Geannacopulos** | Berger/Rossi File | Attorney-Client Privilege/ AWP |
| SEYFARTH00014252 | Email | 3/14/07 | Richard Hausman | Edgar Osorio; Atsuko Ishikawa | Regina Wyrick-Berry | Slobodin's files (reflecting legal advice from **P. Woodford**) | Attorney-Client Privilege/ AWP |

415251.03

9

| TRACKING NUMBER | TYPE OF DOCUMENT | DATE | FROM | TO | COPY | SUBJECT | BASIS FOR PRIVILEGE |
|---|---|---|---|---|---|---|---|
| SEY 028068 (produced with redactions) | Email | 9/15/06 | Regina Wyrick-Berry | **Jack Slobodin** | | Mail Received (9/15) re: **REDACTED** and Berger | Non-responsive information about Seyfarth client not at issue has been redacted |

415251.03