IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

    Plaintiffs,

v.

SEYFARTH SHAW, LLP ET AL,

    Defendants.

No. C 07-05279 JSW

**ORDER RE DISCOVERY DISPUTE AND REFERRING REMAINDER OF DISCOVERY TO MAGISTRATE JUDGE**

Now before the Court is the joint letter from the parties dated July 9, 2008 indicating that there are currently three discovery disputes at issue. The first dispute concerns the recent depositions of Plaintiffs in which counsel instructed the witnesses not to answer numerous questions and made improper speaking objections. The other disputes concern interrogatories.

After a review of the record provided, the Court finds that Plaintiffs' counsel's instructions not to answer, speaking objections and consultation with clients were improper and without substantial justification. *See* Fed. R. Civ. P. 30(c)(2); *see also* Court's Standing Order for Civil Practice, Deposition Guidelines ¶¶ 4, 5. Therefore, the Court ORDERS that Plaintiffs shall pay the costs of the depositions which have already occurred (transcript and court reporter costs, not attorneys' fees). *See* Fed. R. Civ. P. 37(a)(5). In addition, Plaintiffs are ordered to return for their continued depositions, each not to exceed five hours, expeditiously and at a time mutually agreed upon by the parties for the purpose of responding to those questions as to which inappropriate objections or instructions not to answer were made.

1   Pursuant to Local Rule 72-1, the remainder of the discovery disputes in the letter dated
2   July 9, 2008 (relating to interrogatories) and all other future discovery disputes in this matter are
3   HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will
4   be advised of the date, time and place of appearance by notice from the assigned magistrate
5   judge.
6   Should the parties encounter further conflict during the continued depositions of
7   Plaintiffs, they are instructed to bring such disputes before the assigned Magistrate Judge in an
8   expeditious matter. The Federal Rules of Civil Procedure prohibit inappropriate instructions
9   not to answer, speaking objections and consultation, except for the purpose of asserting a
10  privilege. Fed. R. Civ. P. 30(c)(2). The Court expects the parties to conduct themselves
11  accordingly.

13  **IT IS SO ORDERED.**
14  Dated: July 10, 2008

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

19  cc: Wings Hom