**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | No. C 07-5279 JSW (MEJ) |
| Plaintiffs, | **NOTICE OF REFERENCE** |
| vs. | |
| SEYFARTH SHAW, LLP et al, | |
| Defendants. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James for from United States District Court Judge Jeffrey S. White for purpose of discovery. According to Judge White's order of July 10, 2008, the referral is to include, "the remainder of the discovery disputes in the letter dated July 9, 2008 (relating to interrogatories) and all other future disputes in this matter" Please be advised that if a specific motion was filed before the district court prior to this referral, and has not been ruled upon, the noticed date will no longer be in effect. Rather, the parties shall comply with Judge James' Standing Order Regarding Discovery and Dispute Procedures, a copy of which can be found on the courts website..

Counsel are advised that in regard to any pending discovery disputes, they must comply with

Judge James' standing order and meet and confer in person. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. Upon careful review of the parties' letter, the Court will either order further briefing, oral argument, or deem the matter submitted on the papers. Accordingly, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: August 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

2