KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS HAMM - #224905
TRAVIS LEBLANC - #251097
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. C07-05279 JSW (MEJ)<br><br>**DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Date: November 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: The Honorable Jeffrey S. White<br><br>Date Comp. Filed: September 12, 2007<br><br>Trial Date: None set. |

423175.01

DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
NOTICE OF MOTION AND MOTION FOR SANCTIONS
CASE NO. C07-05279 JSW (MEJ)

1  TO:  ALL PARTIES TO THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on November 7, 2008, at 9:00 a.m., or as soon thereafter

3 as the matter may be heard before the Honorable Jeffrey S. White, Defendants Seyfarth Shaw

4 LLP and Jack L. Slobodin will, and hereby do, move this Court for sanctions against Plaintiffs

5 Richard W. Berger and Brant W. Berger pursuant to Federal Rule of Civil Procedure 37.  This

6 Motion for Sanctions is based on this Notice of Motion and Motion, the accompanying

7 Memorandum of Points and Authorities, the Declaration of Klaus H. Hamm, filed concurrently

8 herewith, the [Proposed] Order, the record and files of this Court, the oral arguments of counsel

9 (if any), and all other matters of which the Court may take judicial notice.

10  Although Seyfarth and Slobodin have noticed this Motion for a hearing, they consent to

11 the Court's resolution of the Motion without oral argument.

13 Dated:  August 15, 2008                              KEKER & VAN NEST, LLP

16                              By:  /s/ Klaus H. Hamm
                                    KLAUS H. HAMM
                                    Attorneys for Defendants
                                    SEYFARTH SHAW LLP and
                                    JACK L. SLOBODIN

423175.01

1
DEFENDANTS SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S
NOTICE OF MOTION AND MOTION FOR SANCTIONS
CASE NO. C07-05279 JSW (MEJ)