| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
| | KLAUS HAMM - #224905 |
| 3 | TRAVIS LEBLANC - #251097 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:   (415) 397-7188 |
| 6 | Attorneys for Defendants |
| | SEYFARTH SHAW LLP and |
| 7 | JACK L. SLOBODIN |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279 JSW (MEJ) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP AND JACK SLOBODIN'S MOTION FOR SANCTIONS** |
| v. | |
| SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |

423171.01

[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP
AND JACK SLOBODIN'S MOTION FOR SANCTIONS
CASE NO. C07-05279 JSW (MEJ)

1  Defendants Seyfarth Shaw LLP and Jack L. Slobodin's Motion for Sanctions came on for hearing before this Court on November 7, 2008.  Upon consideration of the papers filed in support of and in opposition to the Motion for Sanctions, and the arguments of counsel in connection therewith, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendants Seyfarth Shaw LLP and Jack L. Slobodin's Motion for Sanctions is GRANTED.  Plaintiffs Richard W. Berger and Brant W. Berger shall fully comply with this Court's July 10, 2008 Order sanctioning them in an amount equal to "the costs of the depositions which have already occurred."  Accordingly, plaintiffs shall pay Seyfarth and Slobodin $1,222.95 for the costs of the depositions which have already occurred.

Pursuant to Federal Rule of Civil Procedure 37, the Court further ORDERS that plaintiffs shall pay the expenses that Seyfarth and Slobodin incurred in obtaining plaintiffs' compliance with the Court's July 10, 2008 Order, including the attorneys' fees and costs incurred by Seyfarth in meeting and conferring with plaintiffs on this issue and bringing this motion. Seyfarth and Slobodin shall submit to the Court a declaration setting forth that amount within five days.

**IT IS SO ORDERED.**

Dated:

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

423171.01

1
[PROPOSED] ORDER GRANTING DEFENDANTS SEYFARTH SHAW LLP
AND JACK SLOBODIN'S MOTION FOR SANCTIONS
CASE NO. C07-05279 JSW (MEJ)