# EXHIBIT C

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

DANIEL PURCELL
DPURCELL@KVN.COM

July 11, 2008

VIA FACSIMILE

Craig A. Hansen, Esq.
Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113

Re:   Berger v. Seyfarth Shaw LLP, Case No. C-07-05279 JSW (N.D. Cal.)

Dear Craig:

In light of Judge White's order of yesterday, I attach invoices for the transcript and court reporter costs for the depositions of Richard and Brant Berger, which invoices total $7,551.00. Please send a check in that amount, payable to "Keker & Van Nest, LLP," to my attention at your earliest convenience.

Further, please provide dates for the renewed first-phase depositions of the Bergers, as required by Judge White's order. As always, if you want to discuss any of the above, please feel free to call me.

Sincerely,

Daniel Purcell

DEP/dep
Attachments

421083.01

5∂                                                                                    Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

RECEIVED
JUN 05 2008
KEKER & VAN NEST

Bill To: Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Invoice #: SF17920
Invoice Date: 05/28/2008
Balance Due: $ 2,537.95

| | |
|---|---|
| Case: | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw Llp, et al. |
| Job #: | 16833 | Job Date: 05/12/2008 | Delivery: Normal |
| Billing Atty: | |
| Location: | Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor | San Jose, CA 95110 |
| Sched Atty: | Klaus H. Hamm, Esq. | Keker & Van Nest, LLP |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| | Berger, Richard | Transcript - Original & 1 copy | Page | 356.00 | $4.95 | $1,762.20 |
| | | Realtime | Per page | 356.00 | $1.50 | $534.00 |
| | | Exhibits | per page | 215.00 | $0.65 | $139.75 |
| | | CD Depo | Per CD | 1.00 | $25.00 | $25.00 |
| | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| | | Expenses - parking fees | | 1.00 | $7.00 | $7.00 |
| | | Shipping | Package | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,537.95 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $2,537.95 |

Fed. Tax ID: 20-3132569      Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

POSTED MAY 30 2008 KEKER & VAN NEST, LLP

Make check payable to: Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Invoice #: SF17920
Job #: 16833
Invoice Date: 05/28/2008
Balance: $2,537.95

Credit Card #: _____  Exp. Date: _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

505                                                                                         *Seyfarth*

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

**RECEIVED**
JUN 05 2008
KEKER & VAN NEST

Bill To: Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

| | |
|---|---|
| Invoice #: | SF17761 |
| Invoice Date: | 05/26/2008 |
| Balance Due: | $ 1,660.75 |

| | |
|---|---|
| Case: | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw Llp, et al. |
| Job #: | 16833  \|  Job Date: 05/12/2008  \|  Delivery: Normal |
| Billing Atty: | |
| Location: | Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor \| San Jose, CA 95110 |
| Sched Atty: | Klaus H. Hamm, Esq. \| Keker & Van Nest, LLP |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Berger, Richard | Video Services | 1 | 9.25 | $175.00 | $1,618.75 |
| 2 | | Expenses - parking fees | | 1.00 | $17.00 | $17.00 |
| 3 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,660.75 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,660.75 |

Fed. Tax ID: 20-3132569       Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**POSTED**
MAY 30 2008
KEKER & VAN NEST, LLP

**Please tear off stub and return with payment.**

Make check payable to: Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | SF17761 |
| Job #: | 16833 |
| Invoice Date: | 05/26/2008 |
| Balance: | $1,660.75 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

# INVOICE

**Veritext San Francisco Reporting Co.**
A Veritext Company
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

**RECEIVED**
JUN 05 2008
KEKER & VAN NEST

**Bill To:** Daniel Purcell, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

**Invoice #:** SF17919
**Invoice Date:** 05/28/2008
**Balance Due:** $ 1,997.80

**Case:** Richard W. Berger and Brant W. Berger v. Seyfarth Shaw Llp, et al.
**Job #:** 16835 | **Job Date:** 05/14/2008 | **Delivery:** Normal
**Billing Atty:**
**Location:** Burnett, Burnett & Allen
333 West San Carlos Street, 8th Floor | San Jose, CA 95110
**Sched Atty:** Klaus H. Hamm, Esq. | Keker & Van Nest, LLP

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Berger, Brant | Transcript - Original & 1 copy | Page | 297.00 | $4.95 | $1,470.15 |
| 2 | | Transcript - Rough ASCII | Page | 297.00 | $1.35 | $400.95 |
| 3 | | Exhibits | per page | 38.00 | $0.65 | $24.70 |
| 4 | | CD Depo | Per CD | 1.00 | $25.00 | $25.00 |
| 5 | | Expenses - parking fees | | 1.00 | $7.00 | $7.00 |
| 6 | | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| 7 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| Invoice Total: | $1,997.80 |
|---|---|
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,997.80 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:  Veritext
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF17919
**Job #:** 16835
**Invoice Date:** 05/28/2008
**Balance:** $1,997.80

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

505

Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

JUN 05 2008

KEKER & VAN NEST

Bill To: Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Invoice #:        SF17762
Invoice Date:     05/26/2008
Balance Due:      $ 1,354.50

Case:         Richard W. Berger and Brant W. Berger v. Seyfarth Shaw Llp, et al.
Job #:        16835   |  Job Date: 05/14/2008  |  Delivery:  Normal
Billing Atty:
Location:     Burnett, Burnett & Allen
              333 West San Carlos Street, 8th Floor | San Jose, CA 95110
Sched Atty:   Klaus H. Hamm, Esq. | Keker & Van Nest, LLP

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Berger, Brant | Video Services | | 7.50 | $175.00 | $1,312.50 |
| 2 | | Expenses - parking fees | | 1.00 | $17.00 | $17.00 |
| 3 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

Notes:

|  |  |
|---|---|
| Invoice Total: | $1,354.50 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,354.50 |

Fed. Tax ID: 20-3132569      Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

POSTED MAY 30 2008 KEKER & VAN NEST, LL

**Please tear off stub and return with payment.**

Make check payable to:  Veritext

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Invoice #:      SF17762
Job #:          16835
Invoice Date:   05/26/2008
Balance:        $1,354.50

Credit Card #:                      Exp. Date:

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626