# EXHIBIT E

# Beck, Ross, Bismonte & Finley, LLP

ATTORNEYS AT LAW
Fairmont Plaza
50 W. San Fernando Street, Suite 1300
San Jose, California 95113
(408) 938-7900
(408) 938-0790 Fax

Alfredo A. Bismonte
abismonte@beckross.com

August 1, 2008

*Via Overnight Delivery*

Klaus Hamm
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

Re: *Berger v. Seyfarth Shaw LLP, et. al.*, Case No. C 07-05279 JSW

Dear Mr. Hamm:

In response to your July 30, 2008 letter, enclosed is a $6,328.05 check for the deposition costs ordered by the judge. As you requested, it is payable to your law firm.

We calculated the amount consistent with the guidelines of Civil Local Rule 54-3 (c) ("an original and one copy of any deposition"). *See Fairley v. Supt. Dennis Andrews,* 2008 U.S. Dist. LEXIS 28325 (ND Ill. 2008) (no taxable costs incurred for "attorney convenience"). For your reference, we are enclosing the deposition invoices with the acceptable charges with an associated checkmark in the right margin.

Very truly yours,

Alfredo A. Bismonte

Encl.

5/0  Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

RECEIVED
JUN 05 2008
KEKER & VAN NEST

Bill To: Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Invoice #: SF17920
Invoice Date: 05/28/2008
Balance Due: $ 2,537.95

| | |
|---|---|
| Case: | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw LLP, et al. |
| Job #: | 16833  |  Job Date: 05/12/2008  |  Delivery: Normal |
| Billing Atty: | |
| Location: | Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor | San Jose, CA 95110 |
| Sched Atty: | Klaus H. Hamm, Esq. | Keker & Van Nest, LLP |

| | | | | | |
|---|---|---|---|---|---|
| Berger, Richard | Transcript - Original & 1 copy | Page | 356.00 | $4.95 | $1,762.20 |
| | Realtime | Per page | 356.00 | $1.50 | $534.00 |
| | Exhibits | per page | 215.00 | $0.65 | $139.75 |
| | CD Depo | Per CD | 1.00 | $25.00 | $25.00 |
| | Transcript Handling | | 1.00 | $45.00 | $45.00 |
| | Expenses - parking fees | | 1.00 | $7.00 | $7.00 |
| | Shipping | Package | 1.00 | $25.00 | $25.00 |

505                                                                                                                       Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127 Fax. 213-623-5007

**RECEIVED**
JUN 0 5 2008
KEKER & VAN NEST

Bill To: Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

Invoice #: SF17761
Invoice Date: 05/26/2008
Balance Due: $1,660.75

| Case: | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw Llp, et al. |
|---|---|
| Job #: | 16833 | Job Date: 05/12/2008 | Delivery: Normal |
| Billing Atty: | |
| Location: | Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor | San Jose, CA 95110 |
| Sched Atty: | Klaus H. Hamm, Esq. | Keker & Van Nest, LLP |

| Berger, Richard | Video Services | | 1 | 9.25 | $175.00 | $1,618.75 |
|---|---|---|---|---|---|---|
| | Expenses - parking fees | | | 1.00 | $17.00 | $17.00 |
| | Shipping & handling | Package | | 1.00 | $25.00 | $25.00 |

Notes:
Invoice Total: $1,660.75
Payment:
Credit:
Interest: $0.00
Balance Due: $1,660.75

500                                                            Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

**RECEIVED**
**JUN 05 2008**
KEKER & VAN NEST

**Bill To:** Daniel Purcell, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

**Invoice #:** SF17919
**Invoice Date:** 05/28/2008
**Balance Due:** $ 1,997.80

| | |
|---|---|
| **Case:** | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw LLP, et al. |
| **Job #:** | 16835  \|  Job Date: 05/14/2008  \|  Delivery: Normal |
| **Billing Atty:** | |
| **Location:** | Burnett, Burnett & Allen |
| | 333 West San Carlos Street, 8th Floor \| San Jose, CA 95110 |
| **Sched Atty:** | Klaus H. Hamm, Esq. \| Keker & Van Nest, LLP |

| Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|
| Berger, Brant | | | | |
| Transcript - Original & 1 copy | Page | 297.00 | $4.95 | $1,470.15 |
| Transcript - Rough ASCII | Page | 297.00 | $1.35 | $400.95 |
| Exhibits | per page | 38.00 | $0.65 | $24.70 |
| CD Depo | Per CD | 1.00 | $25.00 | $25.00 |
| Expenses - parking fees | | 1.00 | $7.00 | $7.00 |
| Transcript Handling | | 1.00 | $45.00 | $45.00 |
| Shipping | Package | 1.00 | $25.00 | $25.00 |

.505                                                                                                    Seyfarth

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

JUN 05 2008

KEKER & VAN NEST

**Bill To:** Elliot R. Peters, Esq.
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111-1704

**Invoice #:** SF17762
**Invoice Date:** 05/26/2008
**Balance Due:** $ 1,354.50

| | |
|---|---|
| **Case:** | Richard W. Berger and Brant W. Berger v. Seyfarth Shaw LLP, et al. |
| **Job #:** | 16835 | Job Date: 05/14/2008 | Delivery: Normal |
| **Billing Atty:** | |
| **Location:** | Burnett, Burnett & Allen |
| | 333 West San Carlos Street, 8th Floor | San Jose, CA 95110 |
| **Sched Atty:** | Klaus H. Hamm, Esq. | Keker & Van Nest, LLP |

| | Description | | | | |
|---|---|---|---|---|---|
| Berger, Brant | Video Services | | 1 | 7.50 | $175.00 | $1,312.50 |
| | Expenses - parking fees | | | 1.00 | $17.00 | $17.00 |
| | Shipping & handling | Package | | 1.00 | $25.00 | $25.00 |

Notes:

Invoice Total: $1,354.50
Payment:
Credit:
Interest: $0.00
Balance Due: $1,354.50

Fed. Tax ID: 20-3182569       Terms: Net 30

POSTED

**BECK, ROSS, BISMONTE & FINLEY, LLP**
50 W. SAN FERNANDO ST., STE. 1300
SAN JOSE, CA 95113

2778

081064 / 07-05

HERITAGE BANK OF COMMERCE
SAN JOSE OFFICE
SAN JOSE, CA 95113-2001
90-4228-1211

8/1/2008

PAY TO THE ORDER OF   Keker & Van Nest, LLP                                    $ **6,328.05

Six Thousand Three Hundred Twenty-Eight and 05/100************************************************ DOLLARS

Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111

MEMO

⑈'002778⑈' ⑊:121142287⑊: 50⑈013460⑈'

---

**BECK, ROSS, BISMONTE & FINLEY, LLP**
Keker & Van Nest, LLP

Berger v. Seyfarth deposition costs   8/1/2008   6,328.05

2778

RECEIVED
AUG 0 4 2008
KEKER & VAN NEST

Heritage - Checking   6,328.05