# EXHIBIT F

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

August 4, 2008

**VIA E-MAIL**

Alfredo A. Bismonte, Esq.
Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113

Re:   *Berger, et al. v. Seyfarth Shaw LLP, et al.*

Dear Mr. Bismonte:

Thank you sending us a check in the amount of $6328.05 as payment for the sanction awarded by the Court on July 10, 2008.

Unfortunately, the amount you have provided is $1222.95 less than amount awarded by the Court. The July 10, 2008 order states: "the Court ORDERS that Plaintiffs shall pay the costs of the depositions which have already occurred (transcript and court reporter costs, not attorneys' fees). See Fed. R. Civ. P. 37(a)(5)." On July 11, my colleague Dan Purcell sent you the four invoices we received from Veritext San Francisco Reporting Co. for the two depositions at issue. Those invoices detailed our costs of the depositions and they totaled $7551. Your reference to Civil Local Rule 54-3(c) as a justification for not paying for costs such as the court reporters' parking, shipping and handling, transcript handling, and Realtime is not appropriate. That rule applies when a party serves a bill of costs after the entry of judgment while, in this case, the Court awarded our clients a sanction due to plaintiffs' improper instructions not to answer at deposition. You must pay the entire sanction.

If you continue in your contempt of the Court's order, we will have no choice but to raise the issue with Judge White and seek not only the full sanction, but also our fees and costs in pursuit of that sanction.

Very truly yours,

*/s/ Klaus H. Hamm*

Klaus H. Hamm

KHH:wik
cc:   Douglas Allen

422508.01