# EXHIBIT H

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

KLAUS H. HAMM
KHAMM@KVN.COM

August 6, 2008

**VIA EMAIL**

Craig Alan Hansen, Esq.
Beck, Ross, Bismonte & Finley, LLP
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113

Re: *Berger, et al. v. Seyfarth Shaw LLP, et al.*

Dear Craig:

      I write regarding the sanction that Judge White ordered on July 10, 2008 in response to plaintiff's violations of the Federal Rules of Civil Procedure during deposition for "the costs of the depositions which have already occurred." To recap, on July 11, 2008, we provided to you the invoices of our costs, totalling $7,551, for the depositions that had occurred. On July 30, when plaintiffs still had not paid, we reminded them of their obligation. On August 4, we received a check from plaintiffs for $6328.05 enclosed with a letter from Alberto Bismonte. That day, after receiving Mr. Bismonte's correspondence, we informed plaintiffs that we still had not received $1222.95 of the sanction ordered by Judge White. The next day, we received your August 5, 2008 letter stating that Mr. Bismonte's letter "fully responded concerning deposition costs."

      It appears that the parties are at impasse about whether plaintiffs have complied with the Court's order for sanctions. We believe that plaintiffs are in contempt of that order and we plan to raise this issue with the Court. To satisfy Magistrate James' standing order, the parties must meet and confer in person before submitting a joint letter outlining our respective positions. Please let us know your availability to meet and confer in person either this week or Monday, August 11.

      We are happy to meet and confer either in San Francisco at our offices or in San Jose at your offices, but be aware that we plan to seek not only the sanctions still owed us, but also the additional sanction of our costs and fees for efforts to have plaintiffs comply with the Court's order, including costs and fees incurred in meeting and conferring on this issue.

422631.01

Craig Alan Hansen, Esq.
August 6, 2008
Page 2

        I look forward to your prompt response.

                              Very truly yours,

                              Klaus H. Hamm

KHH:wik
cc:    Douglas Allen

422631.01