IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW, LLP ET AL,<br><br>Defendants. | No. C 07-05279 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SANCTIONS** |

This matter is set for a hearing on November 7, 2008 on Defendants' motion for sanctions. The Court HEREBY ORDERS that opposition to the motion shall be filed by no later than September 2, 2008 and a reply brief shall be filed by no later than September 9, 2008

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE