1    KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
2    DANIEL PURCELL - #191424
KLAUS HAMM - #224905
3    TRAVIS LEBLANC - #251097
710 Sansome Street
4    San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
5    Facsimile:   (415) 397-7188

6    Attorneys for Defendants
SEYFARTH SHAW LLP and
7    JACK L. SLOBODIN

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279 JSW |
| 14                        Plaintiffs, | **ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY** |
| 15         v. | |
| 16  SEYFARTH SHAW LLP, an Illinois limited | |
| 17  liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & | |
| 18  ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, | |
| 19  inclusive, | |
| 20                        Defendants. | |

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT
DESIGNATED CONFIDENTIAL BY ANOTHER PARTY
CASE NO. C07-05279 JSW

1  Pursuant to Civil Local Rule 79-5(d), Defendants Seyfarth Shaw LLP and Jack L.

2 Slobodin (collectively "Seyfarth") hereby make this Administrative Motion to File Under Seal A

3 Document Designated Confidential By Another Party.

4  Exhibit B to the parties' Joint Letter to the Court dated August 21, 2008, is a true and

5 correct copy of a document designated by another party as "CONFIDENTIAL—PURSUANT

6 TO PROTECTIVE ORDER."  Solely for this reason, Seyfarth lodges with the Clerk Exhibit B to

7 the parties' August 21, 2008 Joint Letter to the Court and requests that it be filed under seal in

8 accordance with Civil Local Rule 79-5(d).

9 Dated:  August 21, 2008                               KEKER & VAN NEST, LLP

10

11

12  By: /s/ Travis LeBlanc
    TRAVIS LEBLANC
    Attorneys for Defendants
13    SEYFARTH SHAW LLP and
    JACK L. SLOBODIN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

423739.01