1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS HAMM - #224905
3  TRAVIS LEBLANC - #251097
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:   (415) 397-7188

6  Attorneys for Defendants
   SEYFARTH SHAW LLP and
7  JACK L. SLOBODIN

8

9                IN THE UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 | RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279 JSW
14 |                                        | **DECLARATION OF TRAVIS LEBLANC IN SUPPORT OF SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY**
15 |                            Plaintiffs, |
16 |        v.                               |
17 | SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, |
   |                            Defendants.  |

---

423741.01

DECL. OF TRAVIS LEBLANC ISO SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMIN. MOTION
TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY
CASE NO. C07-05279 JSW

I, TRAVIS LEBLANC, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court and am an attorney at Keker & Van Nest, LLP, counsel for Defendants Seyfarth Shaw LLP and Jack L. Slobodin (collectively "Seyfarth").

2. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. I make this declaration pursuant to Civil Local Rule 79-5(d) with respect to a document that Seyfarth has requested to file under seal in its Administrative Motion to File Under Seal A Document Designated Confidential By Another Party.

4. Exhibit B to the parties' Joint Letter to the Court dated August 21, 2008 contains information designated by another party as "CONFIDENTIAL—PURSUANT TO PROTECTIVE ORDER."

5. For the foregoing reason, Seyfarth is lodging with the Clerk a true and correct copy of Exhibit B to the parties' Joint Letter to the Court dated August 21, 2008, and also filing the above-referenced Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 21, 2008 at San Francisco, California.

/s/ Travis LeBlanc
TRAVIS LEBLANC

423741.01

1
DECL. OF TRAVIS LEBLANC ISO SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMIN. MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY
CASE NO. C07-05279 JSW