1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   KLAUS HAMM - #224905
3  TRAVIS LEBLANC - #251097
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:   (415) 397-7188

6  Attorneys for Defendants
   SEYFARTH SHAW LLP, and
7  JACK L. SLOBODIN

8

9              IN THE UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| 13 | RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279 JSW |
|---|---|---|
| 14 | | **[PROPOSED] ORDER GRANTING SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY** |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |

21
22
23
24
25
26
27
28

423742.01

1 | Pursuant to Northern District Civil Local Rule 79-5, Defendants Seyfarth Shaw LLP and Jack L. Slobodin (collectively "Seyfarth") filed an Administrative Motion to File Under Seal A Document Designated Confidential By Another Party and a declaration in support of that request on August 21, 2008. The document at issue has been designated by another party as "CONFIDENTIAL—PURSUANT TO PROTECTIVE ORDER."

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Exhibit B to the parties' Joint Letter to the Court shall be filed under seal.

**IT IS SO ORDERED.**

Date: _____       _____
                                             HON. MARIA ELENA JAMES
                                             United States District Court Magistrate Judge