# EXHIBIT A

**SECOND AMENDED PRIVILEGE LOG – *Berger v. Seyfarth Shaw***

| Doc. | *Bates No.* | *Document* | *Author* | *Date* | *Recipient(s)* | *Privilege* |
|---|---|---|---|---|---|---|
| 1 | n/a | Correspondence regarding Canadian patent application | Philip Lapin, attorney with Smart & Bigger | 7/14/2005 | Reg Suyat, attorney with Beyer, Weaver & Thomas | Attorney-client and/or work product privilege |
| 2 | n/a | Correspondence regarding, and draft of possible engagement agreement for the Rossignol litigation | John Branton | 6/16/2004 (approx.) | Fred DeKlotz, attorney for John Branton | Attorney-client and/or work product privilege |
| 3 | n/a | Notes from meeting with attorney regarding the filing of a malpractice action (*Berger v. Seyfarth Shaw*) | John Branton | 6/6/2007 | n/a | Attorney-client privilege (document includes notes of statements from an attorney within an attorney-client privileged meeting)—the meeting included the following persons: Don Carlson, Esq.; Guy Calladine, Esq.; Charles Clark, Esq.; Dick and Brant Berger; John Branton |
| 4 | n/a | Notes from meeting with attorney regarding the filing of a malpractice action (*Berger v. Seyfarth Shaw*) | John Branton | 6/25/2007 | n/a | Attorney-client privilege (document includes notes of statements from an attorney within an attorney-client privileged meeting) the meeting included the following persons: Matthew Davis, Esq.; Barry Kanel, Esq.; Dick and Brant Berger; John Branton |
| 5 | n/a | Notes from meeting with attorney regarding the filing of a malpractice action (*Berger v. Seyfarth Shaw*) | John Branton | 7/30/2007 | n/a | Attorney-client privilege (document includes notes from the attorney in an attorney-client privilege setting) the meeting included the following persons: William Gwire, Esq.; Dick and Brant Berger; John Branton |

| *Bates No.* | *Document* | *Author* | *Date* | *Recipient(s)* | *Privilege* |
|---|---|---|---|---|---|
| n/a | Correspondence regarding, and draft of an agreement regarding a share in the recovery from the *Berger v. Seyfarth Shaw* litigation | John Branton | 9/7/2007 | Fred DeKlotz, attorney for John Branton | Attorney-client privilege |
| n/a | Email regarding Rick Merton's law offices | Rick Martin, attorney in Colorado (forwarded by Richard Berger) | 5/5/2004 | John Branton | Attorney-client privilege |
| n/a | Correspondence regarding, among other things, terms of a potential engagement | Rick Martin, attorney in Colorado (forwarded by Richard Berger) | 5/12/2004 | John Branton | Attorney-client privilege |
| n/a | Correspondence regarding engagement agreement for the Rossignol litigation | Fred DeKlotz, attorney for John Branton and Berger Enterprises, Inc. | 7/2/2004 | John Branton and Richard Berger | Attorney-client privilege and/or work product privilege |
| n/a | Correspondence regarding engagement relationship | Fred DeKlotz, attorney for John Branton | 6/20/2005 | John Branton | Attorney-client privilege |






JFD\764453.3
072508-11212002

| | Bates No. | Document | Author | Date | Recipient(s) | Privilege |
|---|---|---|---|---|---|---|
| 11 | n/a | Correspondence regarding engagement agreement for the Rossignol litigation | Fred DeKlotz, attorney for John Branton | 11/15/200 4 | John Branton | Attorney-client privilege and/or work product privilege |
| 12 | n/a | Fax regarding, and copy of BBLF, LLC tax return for 2006 | John Branton | 5/6/2008 | Richard Guggenheim, attorney for John Branton | Attorney-client, privacy, and trade secret privilege |
| 13 | BRTN000426-BRTN000432 | December 12, 2007 email from Richard Berger to John Branton regarding the Seyfarth Shaw litigation | Richard Berger | 12/12/07 | John Branton with copy to Brant Berger | Attorney-client privilege, including application of the common interest, necessary party, and/or joint defense doctrines (*First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581); privacy privilege |
| 14 | n/a | Email regarding Seyfarth litigation meeting (forwarded to Branton from Richard Berger) | Barry Kanel, Esq. | 8/03/07 | Guy Calladine, Esq; Richard and Brant Berger | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |
| 15 | n/a | Email regarding Seyfarth litigation strategy (forwarded to Branton by Richard Berger) | Ron Finley, Esq. | 8/30/07 | Richard and Brant Berger; Barry Kanel, Esq. | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |

| *Bates No.* | *Document* | *Author* | *Date* | *Recipient(s)* | *Privilege* |
|---|---|---|---|---|---|
| n/a | Email containing attorney communications about Seyfarth litigation strategy/documents | Richard Berger | 8/31/07 | John Branton | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |
| n/a | Email regarding Seyfarth litigation/strategy (forwarded to Branton by Richard Berger) | Barry Kanel, Esq. | 9/07/07 | Richard and Brant Berger | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |
| n/a | Email regarding Seyfarth litigation | Richard Berger | 11/15/07 | Craig Hansen, Esq. and John Branton | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |
| n/a | Email regarding Seyfarth litigation (forwarded to Branton by Richard Berger) | Alfredo Bismonte, Esq. | 11/14/07 | Richard and Brant Berger; other attorneys with Beck Ross | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |
| n/a | Email containing attorney communications about Seyfarth litigation strategy/discussions involving Beck Ross | Richard Berger | 1/05/08 | John Branton and Brant Berger | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |

21

| ***Bates No.*** | ***Document*** | ***Author*** | ***Date*** | ***Recipient(s)*** | ***Privilege*** |
|---|---|---|---|---|---|
| n/a | Correspondence regarding representation agreement (forwarded to Branton by Richard Berger) | Joseph Diehl, Esq. | 1/15/08 | Richard Berger | Attorney-client and work-product privileges, and the common interest, necessary party, and/or joint defense doctrines (Cal Evid. Code §§ 912 and 952; *First Pac. Networks v. Atlantic Mut. Ins. Co.* (1995) 163 F.R.D. 574, 581) |