# EXHIBIT B

**EXHIBIT FILED UNDER SEAL**