KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
KLAUS HAMM - #224905
TRAVIS LEBLANC - #251097
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER AND BRANT W. BERGER,<br><br>               Plaintiffs,<br><br>     v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; AND DOES 1-100, inclusive,<br><br>               Defendants. | Case No. C07-05279 JSW<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On August 22, 2008, I served the following documents:

**EXHIBIT B TO JOINT LETTER TO MAGISTRATE JUDGE MARIA-ELENA JAMES DATED AUGUST 21, 2008 [DOCKET NO. 102] [FILED UNDER SEAL]**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

| Attorneys for Plaintiffs RICHARD W. BERGER and BRANT W. BERGER | Appearing *In Pro Per* |
|---|---|
| Justin T. Beck, Esq.<br>Ron C. Finley, Esq.<br>Alfredo A. Bismonte, Esq.<br>Craig Alan Hansen, Esq.<br>Jeremy M. Duggan, Esq.<br>Beck, Ross, Bismonte & Finley, LLP<br>50 W. San Fernando Street, Suite 1300<br>San Jose, CA  95113 | Douglas B. Allen<br>Burnett, Burnett & Allen<br>333 West San Carlos Street, 8th Floor<br>San Jose, CA  95110<br>Tel.: (408) 298-6540<br>Fax.:(408) 298-0914 |

Attorneys for Third Party John Branton

John Domingue
Berliner Cohen
10 Almaden Boulevard, 11th Floor
San Jose, CA  95113

Additionally on August 22, 2008, I served the following documents:

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY;**

**DECLARATION OF TRAVIS LEBLANC IN SUPPORT OF SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY;**

**[PROPOSED] ORDER GRANTING SEYFARTH SHAW LLP AND JACK L. SLOBODIN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A DOCUMENT DESIGNATED CONFIDENTIAL BY ANOTHER PARTY; AND**

**JOINT LETTER TO MAGISTRATE JUDGE MARIA-ELENA JAMES DATED AUGUST 21, 2008 [PUBLIC VERSION]**

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

Attorneys for Third Party John Branton

John Domingue
Berliner Cohen
10 Almaden Boulevard, 11th Floor
San Jose, CA  95113

    I, Lauren Hartz-Lewis, declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 22, 2008, at San Francisco, California.

                                            /s/ *Lauren Hartz-Lewis*
                                            Lauren Hartz-Lewis