# ATTACHMENT A

# OLIFF & BERRIDGE, PLC

### ATTORNEYS AT LAW

277 SOUTH WASHINGTON STREET
ALEXANDRIA, VIRGINIA 22314

TELEPHONE: (703) 836-6400
FACSIMILE: (703) 836-2787
E-MAIL: EMAIL@OLIFF.COM
WWW.OLIFF.COM

August 27, 2008

Daniel Purcell, Esq.
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704

**By E-mail**

Re:  Document Subpoena to Rossignol USA
   Civil Action No. C-07-05279 JSW

Dear Mr. Purcell:

I write to follow up on our communications regarding the document subpoena your clients, Seyfarth Shaw LLP and Mr. Jack Slobodin, served on my client, Rossignol USA. As I mentioned to you, Rossignol is considering producing some documents in response to the subpoena, but we are concerned about further burdens associated with that production.

You previously informed me that the parties to your case had asked the Court to adopt a two-phase case management plan. It is my understanding that, under that plan, the first phase would focus on representation and malpractice issues, followed by summary judgment motions on those issues. If the Court were to grant summary judgment for your clients on those issues, the case would be over. If the Court were to deny summary judgment for your clients, the parties would begin discovery on the second phase, which would relate to patent issues.

To the extent Rossignol has documents responsive to your subpoena, they would appear to relate, if at all, to the patent issues in the second phase of your case. Accordingly, we propose that, if the Court adopts the proposed two-phase plan, you agree to defer Rossignol's production of documents until phase two begins. That way, if summary judgment ends the case after phase one, Rossignol would avoid further burdens associated with a document production. Please let me know your thoughts on this proposal.

Very truly yours,

Edward P. Walker

EPW/raw