<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER, | No. C 07-05279 JSW (MEJ) |
| Plaintiff(s), | **ORDER DENYING DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS** |
| vs. | |
| SEYFARTH SHAW LLP, et al., | |
| Defendant(s). | |

Before the Court is the parties' letter brief, filed on August 21, 2008, relating to Defendant Seyfarth Shaw's ("Seyfarth") request for discovery relief. Having reviewed the brief, the court is unable to ascertain the relevance of a partial assignment of the Plaintiffs' claim or its proceeds to John Branton in return for his financial assistance, whether legal or not, to the defense in the underlying malpractice action. Therefore, the Defendants' request is denied based on the failure to establish the relevance of the documents to the Defendants' defense.

**IT IS SO ORDERED.**

Dated: September 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Maria-Elena James]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California