UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: JEFFREY S. WHITE**

**Date**: September 5, 2008

**Case No:** C 07-05279 JSW

**Case Title**: RICHARD BERGER, et al.  v.  SEYFARTH SHAW, et al.

**Appearances:**

    For Plaintiff(s): Craig Hansen, Alfredo Bismonte

    For Defendant(s): Elliot Peters, Daniel Purcell, Klaus Hamm, Douglas Allen

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1.  Further Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 (X) Continued to: **Friday, 01/30/09 at 1:30 PM for Further CMC**

## *SUMMARY*

- The motion for sanctions is granted and shall be paid within 10 days.
- This matter is bifurcated for discovery purposes.
- The parties shall inform this Court within a week of their decision whether or not to consent to a magistrate judge for all purposes.
- Plaintiffs' depositions to be conducted by 01/12/09.