Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
       rfinley@beckross.com
       abismonte@beckross.com
       chansen@beckross.com
       jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants. | **Case No. C07-05279 JSW**<br><br>**JOINT STATEMENT DECLINING REASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR ALL PERPOSES** |

During the September 5, 2008 Case Management Conference, the Court requested that the parties meet and confer about whether they would consent to have this case reassigned to a United States Magistrate Judge for all purposes. The Court further instructed the parties to file a statement of their decision concerning this issue by September 12, 2008.

Having met and conferred on this issue, the parties respectfully decline to have this case reassigned to a United States Magistrate Judge for all purposes.

Dated: September 12, 2008          BECK, ROSS, BISMONTE & FINLEY, LLP

                                   By: __/s/  Justin T. Beck_____
                                   JUSTIN T. BECK
                                   Attorneys for the Plaintiffs
                                   Richard W. Berger and Brant W. Berger

Dated: September 12, 2008          KEKER & VAN NEST, LLP

                                   By: __/s/   Elliot R. Peters_____
                                   ELLIOT R. PETERS
                                   Attorneys for Defendants
                                   SEYFARTH SHAW LLP, and JACK L. SLOBODIN

Dated: September 12, 2008          BURNETT, BURNETT & ALLEN

                                   By: __/s/   Douglas B. Allan_____
                                   DOUGLAS B. ALLEN
                                   Attorneys for Defendants
                                   DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN

*Filer's Attestation*

I, Craig Alan Hansen, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.

                                   By: __/s/    Craig Alan Hansen_____
                                   Craig Alan Hansen