**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

        Plaintiffs,

v.

SEYFARTH SHAW, LLP ET AL,

        Defendants.

No. C 07-05279 JSW

**ORDER GRANTING PLAINTIFFS AN OPPORTUNITY TO FILE RESPONSIVE BRIEF**

On September 19, 2008, the Court granted Seyfarth Shaw LLP's objections and reversed and remanded Magistrate Judge Maria-Elena James' Discovery Order dated September 3, 2008. Good cause appearing, the Court hereby VACATES its ruling and permits Plaintiffs Richard W. Berger and Brant W. Berger an opportunity to submit a responsive brief. *See* N.D.Civ. L.R. 72-2. Plaintiffs shall have until October 3, 2008 to file such a brief and the Court will then rule on this matter.

**IT IS SO ORDERED.**

Dated: September 22, 2008

                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE