| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | DANIEL PURCELL - #191424 |
| | TRAVIS LEBLANC - #251097 |
| 3 | OZAN O. VAROL - #252571 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| | epeters@kvn.com |
| 6 | dpurcell@kvn.com |
| | tleblanc@kvn.com |
| 7 | ovarol@kvn.com |
| 8 | Attorneys for Defendants |
| | SEYFARTH SHAW LLP and JACK L. SLOBODIN |
| 9 | |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 15 | RICHARD W. BERGER and BRANT W. BERGER, | Case No. C07-05279  JSW |
| 16 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO FILE DEFENDANTS SEYFARTH SHAW LLP'S AND JACK SLOBODIN'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES** |
| 17 | v. | |
| 18 | SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive, | |
| | Defendants. | |

---

423818.01

STIPULATION AND [PROPOSED] ORDER TO FILE DEFENDANTS SEYFARTH SHAW LLP'S AND JACK
SLOBODIN'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. C07-5279 JSW

|   |   |   |
|---|---|---|
| 1 | | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by the parties, through their respective counsel, that upon |
| 3 | the entry of this Order by the Court, Defendants Seyfarth Shaw LLP and Jack Slobodin will file |
| 4 | their First Amended Answer and Affirmative Defenses, attached hereto as Exhibit A. |

Dated: October 31, 2008                                KEKER & VAN NEST, LLP

By: /s/ Travis LeBlanc
TRAVIS LEBLANC
Attorneys for Defendants
SEYFARTH SHAW LLP, and JACK L. SLOBODIN

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Travis LeBlanc hereby attests that concurrence in the filing of the document has been obtained.*

Dated: October 31, 2008                                BECK, ROSS, BISMONTE & FINLEY, LLP

By: /s/ Craig Alan Hansen
CRAIG ALAN HANSEN
Attorneys for Plaintiffs
RICHARD W. BERGER and BRANT W. BERGER

*Concurrence obtained per General Order 45 X.B.*

## ORDER

Pursuant to the parties' stipulation, Defendants hereby are given permission to file their First Amended Answer and Affirmative Defenses.

IT IS SO ORDERED.

Dated: November 3, 2008

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

---

423818.01

1
STIPULATION AND [P~~ROPOSED~~] ORDER TO FILE DEFENDANTS SEYFARTH SHAW LLP'S AND JACK SLOBODIN'S FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES
CASE NO. C07-5279 JSW