IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SEYFARTH SHAW LLP, et al.,<br><br>        Defendants.<br>_____/ | No. C 07-05279 JSW (MEJ)<br><br>**ORDER RE: DOCUMENTS PRODUCED TO THE COURT FOR IN CAMERA REVIEW** |

      The Court has received the documents listed as items 3-6 and 14-21 on the Second Amended Privilege Log and finds as follows:

      Items 3-5 are confidential documents protected by the attorney-client privilege.

      The document listed as No. 6 in the privilege log is the fee agreement between Plaintiffs and Branton. The communication from Branton to his attorney does not contain a legal opinion nor does it seek legal advice, so the Court finds that Item 6 is not afforded the protection of the attorney-client privilege.

      Item 14 on the privilege log is not covered by the attorney-client privilege.

      Items 15-21 are privileged.

      The items that this Court has found not to be privileged must be delivered to Defendants

1  within seven business days.

2  **IT IS SO ORDERED.**

3

4  Dated: December 5, 2008



_____
MARIA-ELENA JAMES
United States Magistrate Judge

2