Justin T. Beck, Esq. (Cal. Bar No. 53138)
Ron C. Finley, Esq. (Cal. Bar No. 200549)
Alfredo A. Bismonte, Esq. (Cal. Bar No. 136154)
Craig Alan Hansen, Esq. (Cal. Bar No. 209622)
Jeremy M. Duggan, Esq. (Cal. Bar No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email: jbeck@beckross.com
 rfinley@beckross.com
 abismonte@beckross.com
 chansen@beckross.com
 jduggan@beckross.com

Attorneys for Plaintiffs
Richard W. Berger and Brant W. Berger

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT, & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive;<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation.

The parties further agree to hold their ADR session within 90 days from the date of the

1 | order referring this case to an ADR process unless otherwise ordered.

Dated: January 21, 2009    BECK, ROSS, BISMONTE & FINLEY, LLP

By: __/s/ Craig A. Hansen_____
   Craig A. Hansen
   Attorneys for the Plaintiffs
   Richard W. Berger and Brant W. Berger

Dated: January 21, 2009    KEKER & VAN NEST, LLP

By: __/s/ Elliot R. Peters_____
   ELLIOT R. PETERS
   Attorneys for Defendants
   SEYFARTH SHAW LLP, and JACK L. SLOBODIN

Dated: January 21, 2009    BURNETT, BURNETT & ALLEN

By: __/s/ Douglas B. Allan_____
   DOUGLAS B. ALLEN
   Attorneys for Defendants
   DOUGLAS B. ALLEN and BURNETT, BURNETT & ALLEN

*Filer's Attestation*

I, Craig A. Hansen, the filer of this document, hereby attest that concurrence in the filing of this document has been obtained from each signatory hereto.

By: __/s/ Craig A. Hansen_____
   Craig A. Hansen

1 **[Proposed] Order**

2 Pursuant to the Stipulation above, the captioned matter is hereby referred to private
3 mediation.
4 The parties shall engage in this ADR session within 90 days from the date of this order.
5 IT IS SO ORDERED.

6

7 Dated: January 22, 2009          By _____*Jeffrey S White*_____
8                                     HON. JEFFREY S. WHITE
                                      U.S. DISTRICT COURT JUDGE

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900