**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    RICHARD W. BERGER and BRANT W.
     BERGER,
10                                              No. C 07-05279 JSW
                Plaintiffs,
11
     v.
12                                              **ORDER SETTING HEARING**
     SEYFARTH SHAW, LLP ET AL,                  **DATE ON DISPOSITIVE**
13                                              **MOTIONS AND VACATING**
                Defendants.                     **CASE MANAGEMENT**
14   _____/          **CONFERENCE**
15
16          This matter is set for a case management conference for Friday, March 6, 2009.  The
17   parties require only that a last date to hear dispositive motions be set.  Therefore, the Court sets
18   the last day to complete phase-one discovery is August 7, 2009 and dispositive motions,
19   presumptively one per party, shall be heard on September 18, 2009 at 9:00 a.m. followed
20   immediately by a further case management conference.  To the extent the parties file cross-
21   motions, the parties shall meet and confer to set the schedule to file only four briefs (opening,
22   opposition/cross-motion, opposition to cross-motion/reply, reply to cross-motion).  The case
23   management conference set for March 6, 2009 is HEREBY VACATED.
24          **IT IS SO ORDERED.**
25
     Dated:  March 2, 2009                      _____
26                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
27
28