IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. BERGER and BRANT W. BERGER,

    Plaintiffs,

vs.

SEYFARTH SHAW LLP, et al.,

    Defendants.

No. C 07-05279 JSW (MEJ)

**ORDER RE: PLAINTIFFS' DOCUMENT PRODUCTION REQUEST**

The Court is in receipt of the parties' joint discovery dispute letter, filed on March 26, 2009. (Dkt. #141). In the letter, the parties dispute whether defendants Seyfarth Shaw and Jack Slobodin must produce discovery in connection with Plaintiffs' Document Request No. 19. In its document request, Plaintiffs seek all communications between Defendants and third-party Rossignol, the defendant in the underlying patent litigation. Plaintiffs contend that the documents are relevant, and thus discoverable. In response, Defendants seek for Plaintiffs to share the $10,000 cost that Defendants incurred to obtain the documents.

After consideration of the parties' positions, the Court hereby ORDERS Plaintiffs to pay Defendants $3,000 as contribution for discovery costs that Defendants incurred in obtaining the documents from Rossignol. Further, the Court hereby ORDERS Defendants to produce the correspondence between its counsel and Rossignol's counsel within seven calendar days of this order.

**IT IS SO ORDERED.**

Dated: March 31, 2009

MARIA-ELENA JAMES
United States Magistrate Judge