1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   MICHAEL K. STERN - #250904
3  OZAN O. VAROL - #252571
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188
   epeters@kvn.com
6  dpurcell@kvn.com
   mstern@kvn.com
7  ovarol@kvn.com

8  Attorneys for Defendants
   SEYFARTH SHAW LLP and
9  JACK L. SLOBODIN

10

11              IN THE UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  RICHARD W. BERGER and BRANT W.          Case No. C07-05279 JSW
    BERGER,
16                                          STIPULATION AND [PROPOSED]
                          Plaintiffs,       ORDER VACATING SEPTEMBER 18,
17                                          2009 FURTHER CASE MANAGEMENT
              v.                            CONFERENCE
18
    SEYFARTH SHAW LLP, an Illinois limited  Dept:      Courtroom 11, 17th Floor
19  liability partnership; JACK L. SLOBODIN, an   Judge:     The Honorable Jeffrey S. White
    individual; BURNETT, BURNETT &
20  ALLEN, a California partnership; DOUGLAS  Date Comp. Filed:    September 12, 2007
    B. ALLEN, an individual; and DOES 1-100,
21  inclusive,                              Trial Date:  None set.

22                        Defendants.

23

24

25

26

27

28

448663.01

1    The parties, by and through their undersigned counsel, hereby stipulate as follows:

2    WHEREAS, all parties have reached a settlement of this entire case and intend to file a

3    stipulation to dismiss all claims with prejudice; and

4    WHEREAS, under the confidential terms of the written settlement agreement, the parties

5    may not be in a position to file the dismissal with prejudice prior to September 18, 2009, the date

6    of the currently-scheduled Further Case Management Conference ("CMC"); and

7    WHEREAS, in light of the settlement, the parties wish to save themselves and the Court

8    the time and effort of preparing for and conducting the CMC;

9    THEREFORE, the parties stipulate and respectfully ask the Court to vacate the currently-

10   scheduled September 18, 2009 CMC, with the intention of dismissing the case with prejudice as

11   soon as possible after that date.   **AND BY NO LATER THAN SEPTEMBER 30, 2009.**

12   IT IS SO STIPULATED.

13   Dated:  August 7, 2009                    BECK, ROSS, BISMONTE & FINLEY, LLP

14

15                                            By:   */s/ Alfredo A. Bismonte*_____
16                                                  ALFREDO A. BISMONTE
                                                    Attorneys for Plaintiffs
17                                                  RICHARD W. BERGER and BRANT W. BERGER

18   Dated:  August 7, 2009                    KEKER & VAN NEST LLP

19

20                                            By:   */s/  Daniel Purcell*_____ __
21                                                  DANIEL PURCELL
                                                    Attorneys for Defendants
22                                                  SEYFARTH SHAW LLP and
                                                    JACK L. SLOBODIN

23

24   Dated:  August 7, 2009                    BURNETT, BURNETT & ALLEN

25

26                                            By:   */s/  Douglas B. Allen*_____
                                                    DOUGLAS B. ALLEN
27                                                  *In Pro Per*
                                                    BURNETT, BURNETT & ALLEN and DOUGLAS
28                                                  B. ALLEN

1

448663.01

1          ~~[PROPOSED]~~ ORDER

2          PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFOR,

3   the Court orders that the Further Case Management Conference, currently scheduled for

4   September 18, 2009, at 9:00 a.m., is hereby vacated.

5          IT IS SO ORDERED.

6

7   Dated:__ August 10, 2009 ___          _____

8                                         THE HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

448663.01