KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
MICHAEL K. STERN - #250904
OZAN O. VAROL - #252571
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
epeters@kvn.com
dpurcell@kvn.com
mstern@kvn.com
ovarol@kvn.com

Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS JACK L. SLOBODIN'S AND SEYFARTH SHAW LLP'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>Date:     November 13, 2009<br>Time:    9:00 a.m.<br>Dept:    Courtroom 11, 17th Floor<br>Judge:   The Honorable Jeffrey S. White<br><br>Date Comp. Filed:     September 12, 2007<br><br>Trial Date: None set. |

1    On November 13, 2009, defendants came before this Court and moved for enforcement
2 of the parties' August 2009 settlement agreement.  Purcell Decl. Ex. A.
3    Having considered the moving and opposing papers, and all other matters presented to
4 this Court, IT IS HEREBY ORDERED that:
5    The motion is GRANTED.  Plaintiffs Richard and Brant Berger and plaintiff Beck, Ross,
6 Bismonte & Finley, LLP are hereby ordered to enter into an escrow agreement and provide
7 notice of the escrow agreement to Seyfarth Shaw LLP ("Seyfarth") within 3 days of the date of
8 this order.  Seyfarth is ordered to deposit the Escrowed Amount within one court day of
9 receiving notice of the escrow agreement.  On the next court day following Seyfarth's payment,
10 the parties shall give notice to the Court of their compliance with this order, and the Court shall
11 DISMISSED this action with prejudice.

13 Dated: _____
            THE HONORABLE JEFFREY S. WHITE
14          United States District Judge