KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
DANIEL PURCELL - #191424
MICHAEL K. STERN - #250904
OZAN O. VAROL - #252571
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
epeters@kvn.com
dpurcell@kvn.com
mstern@kvn.com
ovarol@kvn.com

Attorneys for Defendants
SEYFARTH SHAW LLP and
JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>                              Plaintiffs,<br><br>     v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>                              Defendants. | Case No. C07-05279 JSW<br><br>**DEFENDANTS JACK L. SLOBODIN'S AND SEYFARTH SHAW LLP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND DECLARATION OF DANIEL PURCELL IN SUPPORT**<br><br>Dept:       Courtroom 11, 17th Floor<br>Judge:     The Honorable Jeffrey S. White<br><br>Date Comp. Filed:     September 12, 2007<br><br>Trial Date: None set. |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Jack L. Slobodin and Seyfarth Shaw LLP respectfully submit this Administrative Motion for an order sealing (1) the Memorandum of Points and Authorities in Support of the Motion for Enforcement of Settlement Agreement; and (2) the Declaration of Daniel Purcell in Support of that motion ("Purcell Declaration"), both of which are being filed concurrently with this Administrative Motion.

Good cause exists to grant the request and seal these documents. The memorandum of points and authorities in support of the Motion for Enforcement and the supporting Purcell Declaration contain, describe, and discuss at length the terms of the parties' August 3, 2009 agreement to settle this case. Section 13 of the settlement agreement, which is attached as Exhibit A to the Purcell Declaration in support of the Motion for Enforcement, obligates all parties to keep the terms of settlement "completely confidential." Declaration of Sharif Jacob in Support of Administrative Motion ¶ 2. Accordingly, sealing the Motion for Enforcement of Settlement Agreement and the supporting Purcell Declaration is reasonably necessary to make sure the confidential terms of settlement are not disclosed to the public in violation of the settlement agreement and the parties' intentions. Defendants respectfully request that the Court seal the memorandum and supporting declaration.

DATED: September 23, 2009        KEKER & VAN NEST, LLP


By:   /s/ Sharif Jacob
      SHARIF JACOB
      Attorneys for Defendants
      SEYFARTH SHAW LLP and
      JACK L. SLOBODIN

451199.01

1
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. C07-05279 JSW