1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  DANIEL PURCELL - #191424
   MICHAEL K. STERN - #250904
3  OZAN O. VAROL - #252571
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:   (415) 397-7188
   epeters@kvn.com
6  dpurcell@kvn.com
   mstern@kvn.com
7  ovarol@kvn.com

8  Attorneys for Defendants
   SEYFARTH SHAW LLP and
9  JACK L. SLOBODIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>v.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C07-05279 JSW<br><br>**RE-NOTICE OF DEFENDANTS JACK L. SLOBODIN'S AND SEYFARTH SHAW LLP'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**<br><br>Date:       December 4, 2009<br>Time:      9:00 a.m.<br>Dept:       Courtroom 11, 17th Floor<br>Judge:     The Honorable Jeffrey S. White<br><br>Date Comp. Filed:    September 12, 2007<br><br>Trial Date: None set. |

TO ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that, on December 4, 2009, at 9:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California, defendants Jack L. Slobodin and Seyfarth Shaw LLP ("Seyfarth") will move for enforcement of the parties' August 3, 2009 settlement agreement. The motion for enforcement of the settlement agreement is brought under the court's inherent power to summarily enforce an agreement to settle a case pending before it, *see Callie v. Near*, 829 F.2d 888, 890 (9th Cir. 1987), on the grounds that there are no disputed issues of fact as to the existence or terms of the settlement agreement.

This motion is based upon this Re-Notice of Motion and Motion, the previously filed Memorandum of Points and Authorities (filed under seal on September 23, 2009), the previously filed Declaration of Daniel Purcell in support (filed under seal on September 23, 2009), on the pleadings, records, and papers on file in this action, and on such argument and evidence as may be presented at the hearing on the Motion.

DATED: September 24, 2009              KEKER & VAN NEST, LLP


                                       BY: */s/ Daniel Purcell*
                                           DANIEL PURCELL
                                           Attorneys for Defendants
                                           SEYFARTH SHAW LLP and
                                           JACK L. SLOBODIN

451345.01

1
RE-NOTICE OF MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT
CASE NO. C07-05279 JSW