|   |   |
|---|---|
| 1 | RONALD C. FINLEY (SBN 200549) |
|   | BECK, ROSS, BISMONTE & FINLEY, LLP |
| 2 | Fairmont Plaza |
|   | 50 West San Fernando Street, Suite 1300 |
| 3 | San Jose, CA 95113 |
| 4 | Telephone: (408) 938-7900 |
|   | Facsimile: (408) 938-0790 |
| 5 | *Attorneys for Plaintiffs Richard W. Berger and* |
|   | *Brant W. Berger* |
| 6 |   |
| 7 |   |
|   | RICHARD J. IDELL (SBN 069033) |
| 8 | ORY SANDEL (SBN 233204) |
|   | IDELL & SEITEL LLP |
| 9 | 465 California Street, Suite 300 |
| 10 | San Francisco, CA 94104 |
|   | Telephone: (415) 986-2400 |
| 11 | Facsimile: (415) 392-9259 |
| 12 | *Attorneys Specially Appearing for Plaintiffs* |
|   | *Richard W. Berger and Brant W. Berger* |
| 13 |   |
| 14 |   |
|   | DANIEL EDWARD PURCELL (SBN 191424) |
| 15 | KEKER & VAN NEST LLP |
|   | 710 Sansome Street |
| 16 | San Francisco, CA 94111-1704 |
| 17 | Telephone: (415) 391-5400 |
|   | Facsimile: (415) 397-7188 |
| 18 | *Attorneys for Defendants Seyfarth Shaw LLP and* |
|   | *Jack L. Slobodin* |
| 19 |   |
| 20 |   |
|   | DOUGLAS B. ALLEN (SBN 099239) |
| 21 | BURNETT, BURNETT & ALLEN |
|   | 333 West Santa Clara Street, 8th Floor |
| 22 | San Jose, CA 95110 |
| 23 | Telephone: (408) 298-6540 |
|   | Facsimile: (408) 298-0914 |
| 24 | *Attorneys for Defendants Burnett, Burnett & Allen* |
|   | *and Douglas B. Allen* |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 07-cv-05279-JSW<br><br>**STIPULATION RE: CONTINUANCE OF LAST DATE TO FILE DISMISSAL OF CASE;** [PROPOSED] **ORDER**<br><br>Honorable Judge Jeffrey S. White, Presiding<br><br>(E-Filing) |

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6 of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiffs Richard W. Berger and Brant W. Berger ("Plaintiffs"), on the one hand, and Defendants Seyfarth Shaw LLP, Jack L. Slobodin, Burnett, Burnett & Allen and Douglas B. Allen (collectively "Defendants"), on the other hand, hereby stipulate as follows:

　　　　WHEREAS, on or about August 3, 2009, the parties in this matter entered into a settlement agreement; and

　　　　WHEREAS, a dispute has arisen between Plaintiffs and their counsel, the law firm of Beck, Ross, Bismonte & Finley, LLP ("Beck Ross") regarding fees in this case; and

　　　　WHEREAS, the settlement agreement involves escrow arrangements between Beck Ross and Plaintiffs as to part of the disputed fees; and

　　　　WHEREAS, on August 10, 2009, by stipulation of the parties, this Court issued an order vacating the then-pending September 18, 2009 case management conference and further ordered that a dismissal of this case with prejudice be filed by no later than September 30, 2009; and

　　　　WHEREAS, additional time is required to finalize the escrow arrangements, to complete the settlement and to file the dismissal; and

　　　　WHEREAS, Plaintiffs and Defendants agree that a brief continuance of the last date by which

this case must be dismissed, from September 30, 2009 to October 14, 2009, is appropriate; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court order should give effect to this stipulation;

NOW THEREFORE, Plaintiff and Defendants hereby stipulate as follows:

1.0 The last date by which this case must be dismissed shall be to and including October 14, 2009.

2.0 The parties ask that the Court enter an order extending the date for entry of dismissal to October 14, 2009.

BECK, ROSS, BISMONTE & FINLEY LLP

Dated: October 2, 2009    By:    /s/ Ronald C. Finley
Ronald C. Finley
*Attorneys of Record for Plaintiffs*

IDELL & SEITEL LLP

Dated: October 2, 2009    By:    /s/ Richard J. Idell
Richard J. Idell
*Attorneys Specially Appearing for Plaintiffs*

KEKER & VAN NEST LLP

Dated: October 2, 2009    By:    /s/ Daniel E. Purcell
Daniel E. Purcell
*Attorneys for Defendants Seyfarth Shaw LLP and Jack L. Slobodin*

BURNETT, BURNETT & ALLEN

Dated: October 2, 2009    By:    /s/ Douglas B. Allen
Douglas B. Allen
*Attorneys for Defendants Burnett, Burnett & Allen and Douglas B. Allen*

Case 3:07-cv-05279-JSW Document 155 Filed 10/02/09 Page 3 of 4

## ~~[PROPOSED]~~ ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Dated: October 2, 2009   By: *Jeffrey S. White*
Hon. Jeffrey S. White
Judge of the United States District Court
Northern District of California