RICHARD J. IDELL (SBN 069033)
ORY SANDEL (SBN 233204)
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
*Attorneys Specially Appearing for Plaintiffs
Richard W. Berger and Brant W. Berger*

DANIEL EDWARD PURCELL (SBN 191424)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
*Attorneys for Defendants Seyfarth Shaw LLP and Jack L. Slobodin*

DOUGLAS B. ALLEN (SBN 099239)
BURNETT, BURNETT & ALLEN
333 West Santa Clara Street, 8th Floor
San Jose, CA 95110
Telephone: (408) 298-6540
Facsimile: (408) 298-0914
*Attorneys for Defendants Burnett, Burnett & Allen and Douglas B. Allen*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. BERGER and BRANT W. BERGER,<br><br>Plaintiffs,<br><br>vs.<br><br>SEYFARTH SHAW LLP, an Illinois limited liability partnership; JACK L. SLOBODIN, an individual; BURNETT, BURNETT & ALLEN, a California partnership; DOUGLAS B. ALLEN, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 07-cv-05279-JSW<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>**[Fed. R. Civ. P., Rule 41]**<br><br>Honorable Judge Jeffrey S. White, Presiding<br><br>(E-Filing) |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Richard W. Berger and

Brant W. Berger ("Plaintiffs"), on the one hand, and Defendants Seyfarth Shaw LLP, Jack L. Slobodin, Burnett, Burnett & Allen and Douglas B. Allen (collectively "Defendants"), on the other hand, hereby stipulate as follows:

WHEREAS, on or about August 3, 2009, the parties in this action entered into a settlement agreement; and

WHEREAS, Plaintiffs and Defendants agree that this action can be dismissed with prejudice; and

WHEREAS, Plaintiffs and Defendants agree that each party shall bear its own attorneys' fees and costs incurred in this action; and

WHEREAS, Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate as follows:

1.0     This action shall be dismissed with prejudice.

2.0     Each party to this action shall bear its own attorneys' fees and costs incurred in this action.

3.0     This Stipulation shall be presented to the Court for an Order thereon.

4.0     Nothing in this Stipulation shall constitute a dismissal or release of claims between Plaintiffs, on the one hand, and Beck, Ross, Bismonte & Finley, LLP, or any lawyer in that firm, on the other hand, all of which claims are fully reserved.

Dated: October 12, 2009         By:     /s/ Richard W. Berger
                                        Richard W. Berger
                                        *Plaintiff*

Dated: October 12, 2009         By:     /s/ Brant W. Berger
                                        Brant W. Berger
                                        *Plaintiff*

|   |   |   |
|---|---|---|
|   |   | KEKER & VAN NEST LLP |
| Dated: October 12, 2009 | By: | /s/ Daniel E. Purcell |
|   |   | Daniel E. Purcell |
|   |   | *Attorneys for Defendants Seyfarth Shaw LLP and Jack L. Slobodin* |

|   |   |   |
|---|---|---|
|   |   | BURNETT, BURNETT & ALLEN |
| Dated: October 12, 2009 | By: | /s/ Douglas B. Allen |
|   |   | Douglas B. Allen |
|   |   | *Attorneys for Defendants Burnett, Burnett & Allen and Douglas B. Allen* |

## ~~[PROPOSED]~~ ORDER

The Stipulation of the parties for dismissal of the above action having been filed by the parties pursuant to a settlement of the action and good cause appearing therefor, the Court makes the following order:

IT IS HEREBY ORDERED that the above action is dismissed with prejudice, each party to bear their own costs and fees. Nothing in this order of dismissal shall be deemed to release or dismiss claims between Plaintiffs, on the one hand, and Beck, Ross, Bismonte and Finley, LLP, or any lawyer in that firm, on the other hand, all of which claims are fully reserved.

Dated: October 13, 2009    By: /s/ Jeffrey S. White

Hon. Jeffrey S. White
Judge of the United States District Court
Northern District of California